UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN LUCAS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 12 C 9672 |
| ) | |
| ) | Judge Tharp |
| VEE PAK, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT VEE PAK, INC.'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT

Defendant, VEE PAK, INC. ("Vee Pak"), by its attorneys, DONALD S. ROTHSCHILD and BRIAN M. DOUGHERTY of GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD., pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, submits its MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT, and states as follows:

1. On March 14, 2013, Vee Pak was served with the alias summons and the second amended complaint via its registered agent, Kenneth J. Nemec, Jr..

2. Vee Pak's time to answer or respond to the complaint is April 4, 2013.

3. Vee Pak's counsel needs additional time to investigate the allegations and to file an appropriate response to the amended complaint, which has five class-action counts directed at Vee Pak, as well as the other defendants.

4. Vee Pak requests an additional twenty eight (28) days to respond to the second amended complaint.

WHEREFORE, Defendant, VEE PAK, INC., respectfully requests that this Court enter an order granting it an additional twenty eight (28) days to respond to the second amended complaint

and award all other relief this Court deems equitable and just.

                    VEE PAK, INC.

           By:     /s/ Donald S. Rothschild
                One of Its Attorneys

Donald S. Rothschild
Brian M. Dougherty
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, Illinois 60527
(630) 655-6000

## CERTIFICATE OF SERVICE

      I, Donald S. Rothschild, an attorney, certify that I served a copy of **Defendant Vee Pak, Inc.'s Motion for an Extension of Time to Respond to the Amended Complaint**, filed with the United States District Court, via CM/ECF on this 28th day of March, 2013 to:

      Christopher J. Williams
      Workers' Law Office, P.C.
      401 S. LaSalle Street, Suite 1400
      Chicago, Illinois 60605

                    /s/ Donald S. Rothschild
                    Attorney for Defendant

672162.1