IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN LUCAS, ARONZO DAVIS, TORRENCE VAUGHANS, JOE EAGLE and MICHAEL KEYS, on behalf of themselves and similarly situated job applicants,<br><br>  Plaintiffs,<br><br> v.<br><br>VEE PAK, INC., STAFFING NETWORK HOLDINGS, LLC, PERSONNEL STAFFING GROUP, LLC d/b/a MOST VALUABLE PERSONNEL d/b/a MVP and ALTERNATIVE STAFFING, INC. d/b/a ASI,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 12 C 9672<br>)<br>) Judge Tharp<br>)<br>) Magistrate Judge Keys<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT VEE PAK, INC.'S RULE 12(b)(6) MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT**

Defendant, VEE PAK, INC. ("Vee Pak"), by its attorneys, DONALD S. ROTHSCHILD and BRIAN M. DOUGHERTY of GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LLTD., submits its RULE 12(b)6) MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT, and states as follows:

1. Plaintiffs filed their Third Amended Class Action Complaint ("Complaint") [Dkt. 45] sounding in six counts against Vee Pak and the other defendants. The Complaint alleges that racial discrimination, under a "failure to hire" theory, arising under Title VII of the Civil Rights Act of 1964, as amended, and 42 U.S.C. § 1981.

2. Vee Pak moves to dismiss the Complaint in its entirety since (i) Plaintiffs have failed to plead plausible claims; (ii) there are no facts supporting direct, vicarious, "joint employer" or "single employer" liability; and (iii) Vee Pak owes no affirmative duty of care to

prevent any alleged discrimination by the employment agencies against an unknown class of temporary workers.

      3.      Additionally, Count II of the Complaint must be dismissed since the "adverse impact" (or "disparate impact") theory was not contained in any of the EEOC Charges and this new "disparate impact" theory is not reasonably related to the "disparate treatment" theory. Alternatively, Count II must be dismissed since there are no plausible facts to sustain a direct hiring, "single employer" or "joint employer" theory of liability against Vee Pak.

      WHEREFORE, Defendant, VEE PAK, INC., respectfully requests that this Court enter an order dismissing it from the Third Amended Class Action Complaint with prejudice and awarding all other relief this Court deems equitable and just.

                                       Respectfully submitted,

                                       VEE PAK, INC.,

                                       By: /s/ Donald S. Rothschild
                                           One of Its Attorneys

Donald S. Rothschild
Brian M. Dougherty
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527
(630) 655-6000

## **CERTIFICATE OF SERVICE**

      I, Donald S. Rothschild, an attorney, certify that I served a copy of **Defendant Vee Pak, Inc.'s Rule 12(b)(6) Motion to Dismiss the Third Amended Class Action Complaint**, filed with the United States District Court, via CM/ECF, on all registered users, on this 28th day of June, 2013.

          /s/ Donald S. Rothschild
          Attorney for Defendant Vee Pak, Inc.