EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Chief Executive Officer<br>VEE PAK, INC.<br>6710 River Road<br>Hodgkins, IL 60525 | **PERSON FILING CHARGE**<br><br>Brian Lucas<br><br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>EEOC CHARGE NO.<br>440-2012-03673 |

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **28-JUN-12** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by to

If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Tyrone Irvin,
Enforcement Supervisor
*EEOC Representative*

Telephone (312) 869-8020

**Chicago District Office**
500 West Madison St
Suite 2000
Chicago, IL 60661
Fax: (312) 869-8220

Enclosure(s): [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[X] Race   [ ] Color   [ ] Sex   [ ] Religion   [ ] National Origin   [ ] Age   [ ] Disability   [ ] Retaliation   [ ] Genetic Information   [ ] Other

See enclosed copy of charge of discrimination.

**EXHIBIT 2**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| May 29, 2012 | John P. Rowe,<br>District Director | |

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form. | [ ] FEPA<br>[x] EEOC | 440-2012-03673 |

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.)<br>Brian Lucas c/o Workers' Law Office, PC | | HOME TELEPHONE (Include Area Code)<br>312-795-9121 |
|---|---|---|
| STREET ADDRESS<br>401 S. LaSalle Street, Suite 1400 | CITY, STATE AND ZIP CODE<br>Chicago, IL 60605 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

| NAME<br>Vee-Pak, Inc. | NUMBER OF EMPLOYEES, MEMBERS<br>+15 | TELEPHONE (Include Area Code):<br>708-482-8881 |
|---|---|---|
| STREET ADDRESS<br>5321 S. Dansher Road | CITY, STATE AND ZIP CODE<br>Countryside, Illinois 60525 | COUNTY<br>Cook County |
| NAME | NUMBER OF EMPLOYEES, MEMBERS: | TELEPHONE (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es))

[X] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [ ] AGE [ ] DISABILITY [ ] OTHER Pregnancy Act

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)   LATEST (ALL)
11/3/2011 -   present

[X] CONTINUING ACTION

RECEIVED EEOC
MAY 17 2012
CHICAGO DISTRICT OFFICE

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

See attached rider

[x] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 17, 2012   Charging Party: /s/ Brian Lucas

Notary (when necessary for state or local requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

/x/ _____
SIGNATURE OF COMPLAINANT   DATE

Sworn to and subscribed to before the undersigned notary public in and for said jurisdiction this ___ day of _____, 200___.

My commission expires: / /

_____
Notary Public

EEOC Form 5



*Brian L̄̄̄as' Rider to EEOC Charge*
*May 17, 2012*

1. I, Brian Lucas, am an African-American male.

2. In or about November of 2011 and thereafter, I repeatedly applied to work at Vee Pak, Inc. directly and/or through its agents or affiliated companies and/or contracted staffing agencies, including Staffing Network Holdings, LLC, Alternative Staffing, Inc. and MVP Workforce, LLC.

3. I was qualified to perform the job(s) for which I applied at Vee Pak, Inc. However, I was denied employment with Vee Pak, Inc. directly or through its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc. because of my race, African-American.

4. On information and belief, Vee Pak, Inc. had a policy and practice of steering qualified African-American applicants and employees of its contracted staffing agencies, including me, away from work at Vee Pak, Inc. while other, less-qualified, non-African-American employees were hired directly by Vee Pak, Inc. or through one of its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc.

5. A class of other similarly situated, qualified African-American applicants were similarly denied employment with Vee Pak, Inc., directly or through its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc. because of their race, African-American, while less qualified non-African-American applicants were contracted directly or through its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc.

6. The policies and practices of Vee Pak, Inc. and its agents, affiliated companies, agents and/or contracted staffing agencies had the effect of denying me and a class of other African-American applicants an equal employment opportunity and resulted in systematic discrimination against African-American applicants and segregation of its workforce.

EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

|  |  |
|---|---|
| Chief Executive Officer<br>VEE-PAK INC.<br>6710 River Road<br>Hodgkins, IL 60525 | **PERSON FILING CHARGE**<br><br>**Torrence Vaughns**<br><br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>**EEOC CHARGE NO.**<br>440-2012-03679 |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **28-JUN-12** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by
   to
   If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Tyrone Irvin,
Enforcement Supervisor
*EEOC Representative*

Telephone (312) 869-8020

**Chicago District Office**
500 West Madison St
Suite 2000
Chicago, IL 60661
Fax: (312) 869-8220

Enclosure(s): [X] Copy of Charge

### CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] Race   [ ] Color   [ ] Sex   [ ] Religion   [ ] National Origin   [ ] Age   [ ] Disability   [ ] Retaliation   [ ] Genetic Information   [ ] Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| May 29, 2012 | John P. Rowe,<br>District Director | *(signed)* |

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form. | [ ] FEPA<br>[x] EEOC | 440-2012-03679 |

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | | HOME TELEPHONE (Include Area Code) |
|---|---|---|
| Torrence Vaughns c/o Workers' Law Office, PC | | 312-795-9121 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 401 S. LaSalle Street, Suite 1400 | Chicago, IL 60605 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code): |
|---|---|---|
| Vee-Pak, Inc. | +15 | 708-482-8881 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 5321 S. Dansher Road | Countryside, Illinois 60525 | Cook County |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| [X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN | EARLIEST (ADEA/EPA): 10/21/11 -  LATEST (ALL): present |
| [ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER Pregnancy Act | [X] CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

See attached rider

RECEIVED EEOC
MAY 17 2012
CHICAGO DISTRICT OFFICE

[x] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 17, 2012  Charging Party: /s/

Notary (when necessary for state or local requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

/x/_____
SIGNATURE OF COMPLAINANT    DATE

Sworn to and subscribed to before the undersigned notary public in and for said jurisdiction this ___ day of _____, 200__.

My commission expires:  /  /

_____
Notary Public

EEOC Form 5

*Torrence Vaughns' Rider to EEOC Charge*
*May 17, 2012*

1. I, Torrence Vaughns, am an African-American male.

2. In or about November of 2011 and thereafter, I applied to work at Vee Pak, Inc. directly and/or through its agents or affiliated companies and/or contracted staffing agencies, including MVP Workforce, LLC.

3. I was qualified to perform the job(s) for which I applied at Vee Pak, Inc. However, I was denied employment with Vee Pak, Inc. directly or through its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc. because of my race, African-American.

4. On information and belief, Vee Pak, Inc. had a policy and practice of steering qualified African-American applicants and employees of its contracted staffing agencies, including me, away from work at Vee Pak, Inc. while other, less-qualified, non-African-American employees were hired directly by Vee Pak, Inc. or through one of its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc.

5. A class of other similarly situated, qualified African-American applicants were similarly denied employment with Vee Pak, Inc., directly or through its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc. because of their race, African-American, while less qualified non-African-American applicants were contracted directly or through its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc.

6. The policies and practices of Vee Pak, Inc. and its agents, affiliated companies, agents and/or contracted staffing agencies had the effect of denying me and a class of other African-American applicants an equal employment opportunity and resulted in systematic discrimination against African-American applicants and segregation of its workforce.

EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Chief Executive Officer<br>VEE-PAK INC.<br>6710 River Road<br>Hodgkins, IL 60525 | **PERSON FILING CHARGE**<br><br>Joe Eagle<br><br>THIS PERSON (check one or both)<br>☐ Claims To Be Aggrieved<br>☐ Is Filing on Behalf of Other(s)<br><br>**EEOC CHARGE NO.**<br>440-2012-03678 |

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)  [ ] The Equal Pay Act (EPA)  [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)  [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **28-JUN-12** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by
to
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Tyrone Irvin,
Enforcement Supervisor
EEOC Representative
Telephone (312) 869-8020

Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661
Fax: (312) 869-8220

Enclosure(s): [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[X] Race  [ ] Color  [ ] Sex  [ ] Religion  [ ] National Origin  [ ] Age  [ ] Disability  [ ] Retaliation  [ ] Genetic Information  [ ] Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| May 29, 2012 | John P. Rowe,<br>District Director | *(signed)* |

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form. | [ ] FEPA<br>[x] EEOC | 440-2012-03678 |

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.)<br>Joe Eagle c/o Workers' Law Office, PC | | HOME TELEPHONE (Include Area Code)<br>312-795-9121 |
|---|---|---|
| STREET ADDRESS<br>401 S. LaSalle Street, Suite 1400 | CITY, STATE AND ZIP CODE<br>Chicago, IL 60605 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

| NAME<br>Vee-Pak, Inc. | NUMBER OF EMPLOYEES, MEMBERS<br>+15 | TELEPHONE (Include Area Code):<br>708-482-8881 |
|---|---|---|
| STREET ADDRESS<br>5321 S. Dansher Road | CITY, STATE AND ZIP CODE<br>Countryside, Illinois 60525<br>NUMBER OF EMPLOYEES, MEMBERS: | COUNTY<br>Cook County<br>TELEPHONE (Include Area Code) |
| NAME<br>STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es)) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST (ADEA/EPA)  LATEST (ALL) |
|---|---|
| [X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN | 11/3/2011 -  present |
| [ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER Pregnancy Act | [X] CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

See attached rider

RECEIVED
MAY 17 2012
CHICAGO DISTRICT OFFICE

[x] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Joseph Eagle
Date: May 17, 2012  Charging Party: _____

Notary (when necessary for state or local requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

/x/ _____
SIGNATURE OF COMPLAINANT                    DATE

Sworn to and subscribed to before the undersigned notary public in and for said jurisdiction this ____ day of _____, 200__.

My commission expires:  /  /

_____
Notary Public

EEOC Form 5

*Joe Eagle's Rider to EEOC Charge*
*May 17, 2012*

1. I, Joe Eagle, am an African-American male.

2. In or about November of 2011 and thereafter, I repeatedly applied to work at Vee Pak, Inc. directly and/or through its agents or affiliated companies and/or contracted staffing agencies, including Staffing Network Holdings, LLC.

3. I was qualified to perform the job(s) for which I applied at Vee Pak, Inc. However, I was denied employment with Vee Pak, Inc. directly or through its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc. because of my race, African-American.

4. On information and belief, Vee Pak, Inc. had a policy and practice of steering qualified African-American applicants and employees of its contracted staffing agencies, including me, away from work at Vee Pak, Inc. while other, less-qualified, non-African-American employees were hired directly by Vee Pak, Inc. or through one of its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc.

5. A class of other similarly situated, qualified African-American applicants were similarly denied employment with Vee Pak, Inc., directly or through its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc. because of their race, African-American, while less qualified non-African-American applicants were contracted directly or through its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc.

6. The policies and practices of Vee Pak, Inc. and its agents, affiliated companies, agents and/or contracted staffing agencies had the effect of denying me and a class of other African-American applicants an equal employment opportunity and resulted in systematic discrimination against African-American applicants and segregation of its workforce.

EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Chief Executive Officer<br>VEE-PAK INC.<br>6710 River Road<br>Hodgkins, IL 60525 | **PERSON FILING CHARGE**<br><br>Michael Keys<br><br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>EEOC CHARGE NO.<br>440-2012-03675 |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)  [ ] The Equal Pay Act (EPA)  [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)  [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **28-JUN-12** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by to
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Tyrone Irvin,
Enforcement Supervisor
EEOC Representative
Telephone (312) 869-8020

Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661
Fax: (312) 869-8220

Enclosure(s): [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[X] Race  [ ] Color  [ ] Sex  [ ] Religion  [ ] National Origin  [ ] Age  [ ] Disability  [ ] Retaliation  [ ] Genetic Information  [ ] Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| May 29, 2012 | John P. Rowe,<br>District Director | *(signed)* |

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form. | [ ] FEPA<br>[x] EEOC | 440-2012-03675 |

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | | HOME TELEPHONE (Include Area Code) |
|---|---|---|
| Michael Keys c/o Workers' Law Office, PC | | 312-795-9121 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 401 S. LaSalle Street, Suite 1400 | Chicago, IL 60605 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (if more than one list below).

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code): |
|---|---|---|
| Vee-Pak, Inc. | +15 | 708-482-8881 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 5321 S. Dansher Road | Countryside, Illinois 60525 | Cook County |
| NAME | NUMBER OF EMPLOYEES, MEMBERS: | TELEPHONE (Include Area Code) |
| | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST (ADEA/EPA)   LATEST (ALL) |
|---|---|
| [X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN | 12/2/2011 -    present |
| [ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER Pregnancy Act | [X] CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)

See attached rider

RECEIVED EEOC
MAY 17 2012
CHICAGO DISTRICT OFFICE

[x] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 17, 2012  Charging Party: *[signature] Michael Keys*

Notary (when necessary for state or local requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

/x/ _____
SIGNATURE OF COMPLAINANT    DATE

Sworn to and subscribed to before the undersigned notary public in and for said jurisdiction this ___ day of _____, 200__.

My commission expires:  /  /

Notary Public

EEOC Form 5



*Michael K Rider to EEOC Charge*
*May 17, 2012*

1. I, Michael Keys, am an African-American male.

2. In or about November of 2011 and thereafter, I repeatedly applied to work at Vee Pak, Inc. directly and/or through its agents or affiliated companies and/or contracted staffing agencies, including Staffing Network Holdings, LLC.

3. I was qualified to perform the job(s) for which I applied at Vee Pak, Inc. However, I was denied employment with Vee Pak, Inc. directly or through its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc. because of my race, African-American.

4. On information and belief, Vee Pak, Inc. had a policy and practice of steering qualified African-American applicants and employees of its contracted staffing agencies, including me, away from work at Vee Pak, Inc. while other, less-qualified, non-African-American employees were hired directly by Vee Pak, Inc. or through one of its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc.

5. A class of other similarly situated, qualified African-American applicants were similarly denied employment with Vee Pak, Inc., directly or through its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc. because of their race, African-American, while less qualified non-African-American applicants were contracted directly or through its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc.

6. The policies and practices of Vee Pak, Inc. and its agents, affiliated companies, agents and/or contracted staffing agencies had the effect of denying me and a class of other African-American applicants an equal employment opportunity and resulted in systematic discrimination against African-American applicants and segregation of its workforce.



EEOC FORM 131 (11/09)

## U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Chief Executive Officer<br>VEE-PAK, INC.<br>6710 River Road<br>Hodgkins, IL 60525 | **PERSON FILING CHARGE**<br><br>Aronzo Davis<br><br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>EEOC CHARGE NO.<br>440-2012-03674 |

### NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)   [ ] The Equal Pay Act (EPA)   [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)   [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **28-JUN-12** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by
to
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Tyrone Irvin,
Enforcement Supervisor
EEOC Representative
Telephone (312) 869-8020

Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661
Fax: (312) 869-8220

Enclosure(s): [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[X] Race   [ ] Color   [ ] Sex   [ ] Religion   [ ] National Origin   [ ] Age   [ ] Disability   [ ] Retaliation   [ ] Genetic Information   [ ] Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| May 29, 2012 | John P. Rowe,<br>District Director | *[signed]* |

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form. | [ ] FEPA<br>[x] EEOC | 440-2012-03674 |

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | | HOME TELEPHONE (Include Area Code) |
|---|---|---|
| Aronzo Davis c/o Workers' Law Office, PC | | 312-795-9121 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 401 S. LaSalle Street, Suite 1400 | Chicago, IL 60605 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Vee-Pak, Inc. | +15 | 708-482-8881 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 5321 S. Dansher Road | Countryside, Illinois 60525 | Cook County |
| NAME | NUMBER OF EMPLOYEES, MEMBERS: | TELEPHONE (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN

[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER Pregnancy Act

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
11/3/11 -    present

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

RECEIVED EEOC
MAY 17 2012
CHICAGO DISTRICT OFFICE

See attached rider

[x] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

Notary (when necessary for state or local requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

/x/ _____
SIGNATURE OF COMPLAINANT    DATE

Sworn to and subscribed to before the undersigned notary public in and for said jurisdiction this ___ day of _____, 200__.

Date: May 17, 2012  Charging Party: /s/ Aronzo Davis

My commission expires: / /

Notary Public

EEOC Form 5



*Aronzo Davis' Rider to EEOC Charge*
*May 17, 2012*

1. I, Aronza Davis, am an African-American male.

2. In or about November of 2011 and thereafter, I repeatedly applied to work at Vee Pak, Inc. directly and/or through its agents or affiliated companies and/or contracted staffing agencies, including Staffing Network Holdings, LLC.

3. I was qualified to perform the job(s) for which I applied at Vee Pak, Inc. However, I was denied employment with Vee Pak, Inc. directly or through its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc. because of my race, African-American.

4. On information and belief, Vee Pak, Inc. had a policy and practice of steering qualified African-American applicants and employees of its contracted staffing agencies, including me, away from work at Vee Pak, Inc. while other, less-qualified, non-African-American employees were hired directly by Vee Pak, Inc. or through one of its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc.

5. A class of other similarly situated, qualified African-American applicants were similarly denied employment with Vee Pak, Inc., directly or through its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc. because of their race, African-American, while less qualified non-African-American applicants were contracted directly or through its affiliated companies, agents and/or contracted staffing agencies to perform work at Vee Pak, Inc.

6. The policies and practices of Vee Pak, Inc. and its agents, affiliated companies, agents and/or contracted staffing agencies had the effect of denying me and a class of other African-American applicants an equal employment opportunity and resulted in systematic discrimination against African-American applicants and segregation of its workforce.

