IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN LUCAS, ARONZO DAVIS, TORRENCE VAUGHANS, JOE EAGLE and MICHAEL KEYS, on behalf of themselves and similarly situated job applicants, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 12 C 9672 ) |
| VEE PAK, INC., WJI INDUSTRIES, INC. d/b/a STAFFING NETWORK, PERSONNEL STAFFING GROUP, LLC d/b/a MOST VALUABLE PERSONNEL d/b/a MVP and ALTERNATIVE STAFFING, INC. d/b/a ASI, | ) Judge Tharp ) ) Magistrate Judge Keys ) ) ) |
| Defendants. | ) |

## DECLARATION OF GENE STURINO

Affiant, GENE STURINO, being duly sworn, hereby states and affirms as follows:

1. I am employed with Vee Pak, Inc. ("Vee Pak") 6710 River Road, Hodgkins, Illinois 60525. My present title is Controller.

2. I am over twenty-one (21) years of age and competent to testify as to the matters contained herein on the basis of my own personal knowledge.

3. As Controller, I am responsible for human resources functions.

4. I have conducted a thorough search of Vee Pak's business records to determine who if anyone Plaintiffs may have spoken to if they called Vee Pak inquiring about job openings or visited us in an effort to submit a job application. I have not been able to locate any such business records, such as telephone messages or job applications.



EXHIBIT 3

5. Vee Pak will typically accept job applications regardless of whether the position being sought by the applicant is open or filled. Vee Pak will not refuse to accept any job application even if the position sought is filled. The exception to receiving an application is when someone attempts to apply for a job in person at our Countryside or Hodgkins facilities outside of Vee Pak's normal business hours of 8:00 a.m. to 4:30 p.m.

6. As needed, Vee Pak will contact Staffing Network Holdings, LLC, MVP Workforce, LLC or Alternative Staffing, Inc. ("agencies") for temporary workers to supplement our production needs The most frequently needed temporary workers are for the position of general laborer, who are placed to work at our Countryside or Hodgkins, Illinois facilities.

7. Vee Pak has no knowledge or information indicating that any Plaintiff made an effort to work at Vee Pak directly, by completing, or attempting to complete, a job application, or through the agencies.

8. Vee Pak has never informed the agencies to refrain from assigning individuals to Vee Pak based on certain characteristics, such as race, color, religion, sex, national origin, age, disability or any other criteria protected under the law.

9. Vee Pak typically accepts and utilizes the individual(s) selected by the temporary service agency, and does not screen or interview those persons. Vee Pak occasionally will direct the temporary agencies to not send back for future work a specific person who has shown himself or herself to be unable or unwilling to perform the job in accordance with Vee Pak's requirements.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 26, 2013

*Gene Sturino* (signature)

Gene Sturino

696945.3