## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Brian Lucas, et al().

                                  Plaintiff,

v.                                                                                                        Case No.: 1:12–cv–09672
                                                                                                      Honorable John J. Tharp Jr.

Vee–Pak, Inc.,, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 17, 2014:

      MINUTE entry before the Honorable John J. Tharp, Jr: For the reasons set forth in the Memorandum Opinion, Vee Pak's motion to dismiss [57] is denied. The defendants' motions to strike [54, 60, 63, 67] are granted in part, only insofar as the class definition is stricken without prejudice, and otherwise denied. A status hearing is set for 10/2/2014 at 9:00 a.m. ENTER MEMORANDUM OPINION. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.