IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN LUCAS, ARONZO DAVIS, JOE EAGLE and MICHAEL KEYS, on behalf of themselves and similarly situated laborers, | |
| Plaintiffs, | Case No. 12 C 9672 |
| v. | Judge Tharp |
| VEE PAK, INC., STAFFING NETWORK HOLDINGS LLC, PERSONNEL STAFFING GROUP, LLC d/b/a MOST VALUABLE PERSONNEL d/b/a MVP and ALTERNATIVE STAFFING, INC. d/b/a ASI, | Magistrate Judge Martin |
| Defendants. | |

**DEFENDANT VEE PAK, INC.'S RESPONSE JOINING DEFENDANTS STAFFING NETWORK HOLDINGS, LLC AND PERSONNEL STAFFING GROUP, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT**

NOW COMES Defendant VEE PAK, INC., by and through its undersigned counsel, and for its RESPONSE JOINING DEFENDANTS STAFFING NETWORK HOLDINGS, LLC ("Staffing") and PERSONNEL STAFFING GROUP, LLC'S ("Personnel") RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT ("Response"), states as follows:

1. On December 15, 2015, Staffing and Personnel filed their Response. (Dkt. 194).

2. Vee Pak adopts Staffing's and Personnel's arguments since they equally apply to the claims against Vee Pak. Vee Pak further states that there are no allegations by Messrs Hunt and Zollicoffer demonstrating that they sought employment directly with Vee Pak and are relying on the same bare-bones allegations that were pled in the Fourth Amended Complaint.

1

Nevertheless, if Messrs Hunt and Zollicoffer are allowed as class representatives, it will require a duplication of written discovery that has already been undertaken with respect to the current plaintiffs, setting discovery procedures back many months. The parties in this case have met and conferred numerous times to streamline and coordinate discovery and iron out disputes; the proposed Fifth Amended Complaint will derail all of those efforts.

WHEREFORE, Defendant Vee Pak, Inc., respectfully requests that this Court enter an order denying Plaintiffs leave to file a Fifth Amended Complaint and award all other relief this Court deems equitable and just.

Respectfully Submitted,

VEE PAK, INC.


By:    /s/ Donald S. Rothschild
       One of Its Attorneys


Donald S. Rothschild
Brian M. Dougherty
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527
(630) 655-6000

Edward C. Jepson, Jr.
Thomas G. Abram
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601
(312) 609-7500

2

## **CERTIFICATE OF SERVICE**

      I, Donald S. Rothschild, an attorney, certify that I served a copy of **Defendant Vee Pak, Inc.'s Response Joining Defendants Staffing Network Holdings, LLC and Personnel Staffing Group, LLC's Response in Opposition to Plaintiff's Motion for Leave to File Fifth Amended Complaint**, filed with the United States District Court, via CM/ECF on this 22nd day of December, 2015 to all parties of record.

                                                          /s/ Donald S. Rothschild