IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN LUCAS, ARONZO DAVIS, JOE EAGLE and MICHAEL KEYS, on behalf of themselves and similarly situated laborers<br><br>Plaintiffs,<br><br>v.<br><br>VEE PAK, INC., WJI INDUSTRIES, INC. d/b/a STAFFING NETWORK, PERSONNEL STAFFING GROUP, LLC d/b/a MOST VALUABLE PERSONNEL d/b/a MVP and ALTERNATIVE STAFFING, INC. d/b/a ASI,<br><br>Defendants. | Case No. 12-cv-9672<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Martin |

## DECLARATION OF STEVEN SWERDLOFF

1. I have personal knowledge of the facts contained in this Declaration and would so testify if called as a witness at a hearing or trial.

2. I am more than eighteen years of age.

3. I am making the statements in this Declaration voluntarily and of my own free will.

4. I have never been convicted of a crime.

5. I am the owner and Chairman of Alternative Staffing, Inc. ("ASI").

6. I founded ASI in 1997. ASI has two locations, a headquarters in Cicero and a second office in Aurora. The Cicero office is the only location from which ASI makes referrals to Vee Pak, Inc. ("Vee Pak").

7. Vee Pak became an ASI client in 2008 and was one of ASI's initial clients. I was instrumental in obtaining Vee Pak as a client and worked directly with the CEO of Vee Pak in developing the policies that governed ASI's relationship with Vee Pak.

8. ASI has been assigning temporary workers to work assignments at Vee Pak since 2008.

9. Vee Pak directed ASI on the temporary workers that Vee Pak wanted ASI to refer to it, and ASI's dispatchers generally followed Vee Pak's communicated preferences. At the Cicero office, ASI generally followed the same policies and practices with respect to the referral of temporary workers to Vee Pak.

10. The assignment of temporary workers to Vee Pak does not require an individualized assessment of each worker's skill level or ability. The positions at Vee-Pak filed by ASI require minimal skills and are generally minimum wage assignments. When Vee-Pak requests that ASI provide temporary workers, ASI does not conduct an evaluation of the assigned temporary workers' skills or ability. Vee Pak directed ASI on the temporary workers that Vee Pak wanted referred for temporary jobs.

11. Based on my preliminary review of ASI's records, a majority of the temporary workers that ASI sent to Vee Pak had Hispanic surnames.

12. In 2015, two ASI clients filed for bankruptcy, placing ASI in a financially difficult position.

13. Though ASI initially believed that it had insurance coverage for this claim, ASI's insurance provider informed ASI prior to the settlement conference with retired Magistrate Judge Denlow that it would file a declaratory judgment action against ASI seeking a determination that the claims were not covered under its policy if the case did not settle at the settlement conference. This would have been another lawsuit ASI would have faced, causing further financial hardship.

14. If Plaintiffs proceeded with their claim against ASI through trial, ASI anticipates that it would not be able to pay legal fees associated with this case, much less, the liability award predicted by Plaintiffs.

15. If Plaintiffs proceeded with their claim against ASI and are awarded damages in the amount sought by Plaintiffs, ASI anticipates that it would be forced to file bankruptcy.

I, Steven Swerdloff, declare under penalty of perjury that the foregoing is true and correct.

Dated: July 8, 2016

Steven Swerdloff

## CERTIFICATE OF SERVICE

      I, the undersigned, a non-attorney, certify that I caused a copy of the foregoing ***Declaration of Steven Swerdloff, Owner and Chairman of Alternative Staffing, Inc.***, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      See Attached Service List

Dated: July 8, 2016

/s/ Brian P. Paul
Attorney for Defendant,
Alternative Staffing, Inc.
Brian P. Paul, ARDC No. 6280839
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Phone: (312) 222-0800
E-mail: bppaul@michaelbest.com

**SERVICE LIST**

Donald Rothschild
Goldstine, Skrodzki, Russian, Nemec
  & Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527

Carter Korey
Elliot Richardson
Ryan Gibson
Alison Marjorie Field
Ashley Vanpool
Britney Zilz
Nicholas Joseph Tatro
Korey Richardson LLC
20 S. Clark St., Suite 500
Chicago, IL 60603

Christopher Williams
Alvar Ayala
Workers' Law Office, P.C.
53 W. Jackson Blvd., Suite 701
Chicago, IL 60604

Brian Michael Dougherty
Golstine, Skrodzki, Russian, Nemec and Hoff
835 McClintock Drive, 2nd Floor
Burr Ridge, IL 60527

Miriam Rose Nemeth
Shaylyn Capri Cochran
Joseph Sellers
Cohen Milstein Sellers & Toll, Pllc
1100 New York Ave., Nw., Suite 500
Washington, DC 20005

Edward Jepson , Jr.
Thomas Abram
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601