IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN LUCAS, JOE EAGLE, MICHAEL KEYS, ANTWOIN HUNT, and JAMES ZOLLICOFFER, on behalf of themselves and similarly situated laborers,<br><br>Plaintiffs,<br><br>v.<br><br>VEE PAK, INC., STAFFING NETWORK HOLDINGS LLC, PERSONNEL STAFFING GROUP, LLC d/b/a MOST VALUABLE PERSONNEL d/b/a MVP and ALTERNATIVE STAFFING, INC. d/b/a ASI,<br><br>Defendants. | No. 12 C 9672<br><br>Judge Tharp<br><br>Magistrate Judge Martin |

**VEE PAK, INC.'S MOTION TO SUPPLEMENT THE RECORD WITH
CONTRADICTING DECLARATION OF KYLE CARSTENSEN**

NOW COMES Defendant, VEE PAK, INC. ("VEE PAK"), by and through its attorneys, Donald S. Rothschild and Brian M. Dougherty of GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD., and Edward C. Jepson, Jr. and Thomas G. Abram of VEDDER PRICE P.C., and for its **MOTION TO SUPPLEMENT THE RECORD WITH CONTRADICTING DECLARATION OF KYLE CARSTENSEN**, states as follows:

On July 8, 2016, Defendant ALTERNATIVE STAFFING, INC. ("ASI"), filed the DECLARATION OF STEVEN SWERDLOFF (Dkt. No. 259, attached hereto as **Exhibit 1**), Owner and Chairman of ASI in connection with the pending motion seeking preliminary approval of the partial class action settlement between Plaintiffs and ASI. A short time later, on the same date, Plaintiffs filed their RESPONSE TO THE NONSETTLING DEFENDANTS'

OBJECTIONS TO THE PARTIAL SETTLEMENT WITH ASI, and in that filing, made specific reference to the Declaration of Steven Swerdloff, stating:

> "[A]lthough the production of this declaration was not necessary for this Court to rule on class certification or the initial fairness of the settlement, it should moot any claim the nonsettling defendants have made of prejudice for failing to see the basis for the evidence ASI has ultimately agreed to provide." (Dkt. 261 at 4).

After receiving and reviewing this filing, VEE PAK checked its records and has located an affidavit supplied by Kyle Carstensen, Chief Operating Officer for ASI, furnished to the Equal Employment Opportunity Commission ("EEOC") in connection with this case when it pended solely against Vee Pak at the EEOC during 2012. (See **Exhibit 2**, attached).

Kyle Carstensen is still the Chief Operating Officer of ASI; his August 16, 2012 affidavit was provided in connection with this matter. It specifically states that worker placement decisions are made by ASI and denies that Vee Pak instructed ASI to refuse to assign temporary employees based on race or color and denies that ASI ever refused to assign temporary employees to Vee Pak based on race or color. These declarations from principals at the same company contradict one another as to essential issues. This is relevant and on point to the issues before this Court in its consideration of the request to approve the partial settlement between Plaintiffs and ASI.

For this reason, Vee Pak respectfully requests that it be allowed to supplement the record before this Court with **Exhibit 2**, Declaration of Kyle Carstensen dated August 16, 2012, and for other and further relief as the Court deems just and proper.

Respectfully submitted,

VEE PAK, INC.


By: /s/ Donald S. Rothschild
      One of Its Attorneys

Donald S. Rothschild
Brian M. Dougherty
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527
(630) 655-6000

Edward C. Jepson, Jr.
Thomas G. Abram
Vedder Price P.C.
222 North LaSalle, Suite 2600
Chicago, IL 60601
(312) 609-7500

## CERTIFICATE OF SERVICE

I, Donald S. Rothschild, an attorney, certify that I served a copy of DEFENDANT VEE PAK, INC.'S MOTION TO SUPPLEMENT THE RECORD WITH CONTRADICTING AFFIDAVIT, filed with the United States District Court, via CM/ECF, on all registered users, on this 22nd day of July, 2016.

/s/ Donald S. Rothschild
Attorney for Defendant Vee Pak, Inc.