THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN LUCAS, JOE EAGLE, MICHAEL KEYS, ANTWOIN HUNT, and JAMES ZOLLICOFFER, on behalf of themselves and similarly situated job laborers,<br><br>      Plaintiffs,<br><br>v.<br><br>VEE PAK, INC., STAFFING NETWORK HOLDINGS, LLC, PERSONNEL STAFFING GROUP, LLC d/b/a MOST VALUABLE PERSONNEL and ALTERNATIVE STAFFING, INC. d/b/a ASI,<br><br>      Defendants. | Case No. 12-cv-9672<br>Judge John J Tharp Jr<br>Magistrate Judge Martin |

### DEFENDANT VEE PAK, INC.'S MOTION FOR LEAVE TO FILE CERTAIN INFORMATION UNDER SEAL

Defendant Vee Pak, Inc. ("Vee Pak"), by and through its attorneys, moves pursuant to Local Rule 26.2 and the Agreed Confidentiality Order entered in this case (Docket No. 139) for leave to file certain excerpts from its Memorandum in Support of its Motion to Compel Financial Information and to Extend Due Date for Filing its Opposition to Partial Settlement, and certain portions of the exhibits thereto, under seal. In support, Vee Pak states as follows:

    1.    Vee Pak files contemporaneously herewith a Motion to Compel Financial Information and to Extend Due Date for Filing its Opposition to Partial Settlement and its Memorandum in Support (the "Memo").

2. In the Memo and exhibits A-B thereto, Vee Pak cites testimony which concerns the alleged financial information of Defendant Alternative Staffing, Inc. (*See* Memo p. 3; 6, 7, Memo Exhibits A-B). Such financial information is Confidential Information under the Agreed Confidentiality Order (Docket No. 139 ¶ 2).

3. Given the content and nature of such Confidential Information, Vee Pak has provisionally filed under seal all related information and documents. The relevant excerpts from the Memo and the exhibits thereto are redacted in the public filing.

4. Vee Pak respectfully requests that this Court grant it leave to file the redacted portions of the Memo and pertinent exhibits thereto under seal.

WHEREFORE, Defendant Vee Pak, Inc. respectfully requests that this Court grant the instant motion and provide Vee Pak leave to file the redacted portions of the Memo, and pertinent exhibits thereto, under seal.

> Respectfully submitted,
>
> VEE PAK, INC.
>
> By: /s/ Joseph K. Mulherin
> One of its Attorneys

Thomas G. Abram & Joseph K. Mulherin
Vedder Price
222 North LaSalle, Suite
Chicago, IL 60601
(312) 609-7500

Donald S. Rothschild & Brian M. Dougherty
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527
(630) 655-6000

## CERTIFICATE OF SERVICE

      I, Joseph K. Mulherin, an attorney, certify that I served a copy of **Defendant Vee Pak, Inc.'s Motion FOR Leave to File Certain Information Under Seal**, filed with the United States District Court, via CM/ECF, on all registered users, on this 30th day of July, 2018:

| *For Plaintiffs* | *For Plaintiffs* |
|---|---|
| Christopher Williams | Shaylyn Capri Cochran |
| Alvar Ayala | Miriam Rose Nemeth |
| Workers' Law Office, P.C. | Joseph M. Sellers |
| 53 W. Jackson Blvd., Suite 701 | Cohen Milstein Sellers & Toll, PLLC |
| Chicago, IL  60604 | 1100 New York Ave., NW |
|  | Suite 500 |
|  | Washington, DC  20005 |
| *For Alternative Staffing, Inc.* | *For Personnel Staffing Group, LLC and Staffing Network Holdings, LLC* |
| Kerryann Marie Haase | Carter A. Korey |
| Katherine Lee Goyert | Elliot S. Richardson |
| Brian P. Paul | Ryan D. Gibson |
| Sara E. Flotte | Michele Denise Dougherty |
| Michael Best & Freidrich, LLP | Korey Richardson, LLC |
| 444 W. Lake Street, Suite 3200 | 20 S. Clark Street, Suite 500 |
| Chicago, IL  60606 | Chicago, IL  60603 |

                                                /s/ Joseph K. Mulherin
                                      Attorney for Defendant Vee Pak, Inc.