THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN LUCAS, JOE EAGLE, MICHAEL KEYS, ANTWOIN HUNT, and JAMES ZOLLICOFFER, on behalf of themselves and similarly situated job laborers,<br><br>        Plaintiffs,<br><br>v.<br><br>VEE PAK, INC., STAFFING NETWORK HOLDINGS, LLC, PERSONNEL STAFFING GROUP, LLC d/b/a MOST VALUABLE PERSONNEL and ALTERNATIVE STAFFING, INC. d/b/a ASI,<br><br>        Defendants. | Case No. 12-cv-9672<br>Judge John J Tharp Jr<br>Magistrate Judge Martin |

### DEFENDANT VEE PAK, INC.'S MOTION FOR LEAVE TO FILE CERTAIN INFORMATION UNDER SEAL

Defendant Vee Pak, Inc. ("Vee Pak"), by and through its attorneys, moves pursuant to Local Rule 26.2 and the Agreed Confidentiality Order entered in this case (Docket No. 139) for leave to file certain excerpts from its Memorandum in Support of its Motion in Opposition to Partial Settlement Between Plaintiffs and Alternative Staffing, Inc. ("ASI"), and certain portions of the exhibits thereto, under seal. In support, Vee Pak states as follows:

      1.    Vee Pak files contemporaneously herewith a Motion in Opposition to Partial Settlement Between Plaintiffs and Alternative Staffing, Inc. and its Memorandum in Support (the "Memo").

2. In the Memo and exhibits A-C thereto, Vee Pak cites testimony which concerns the alleged financial information of ASI (*See* Memo p. 2, 5, 6 and Memo Exhibits A-C). Such financial information is Confidential Information under the Agreed Confidentiality Order (Docket No. 139, ¶ 2).

3. Given the content and nature of such Confidential Information, Vee Pak has provisionally filed under seal all related information and documents. The relevant excerpts from the Memo and the exhibits thereto are redacted in the public filing.

4. Vee Pak respectfully requests that this Court grant it leave to file the redacted portions of the Memo and pertinent exhibits thereto under seal.

WHEREFORE, Defendant Vee Pak, Inc. respectfully requests that this Court grant the instant motion and provide Vee Pak leave to file the redacted portions of the Memo, and pertinent exhibits thereto, under seal.

Respectfully submitted,

VEE PAK, INC.

By: /s/ Joseph K. Mulherin
      One of its Attorneys

Thomas G. Abram & Joseph K. Mulherin
Vedder Price
222 North LaSalle, Suite
Chicago, IL 60601
(312) 609-7500

Donald S. Rothschild & Brian M. Dougherty
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527
(630) 655-6000

## CERTIFICATE OF SERVICE

      I, Joseph K. Mulherin, an attorney, certify that I served a copy of **Defendant Vee Pak, Inc.'s Motion For Leave to File Certain Information Under Seal**, filed with the United States District Court, via CM/ECF, on all registered users, on this 10th day of August, 2018:

*For Plaintiffs*
Christopher Williams
Alvar Ayala
Workers' Law Office, P.C.
53 W. Jackson Blvd., Suite 701
Chicago, IL  60604

*For Alternative Staffing, Inc.*
Kerryann Marie Haase
Katherine Lee Goyert
Brian P. Paul
Sara E. Flotte
Michael Best & Freidrich, LLP
444 W. Lake Street, Suite 3200
Chicago, IL  60606

*For Plaintiffs*
Shaylyn Capri Cochran
Miriam Rose Nemeth
Joseph M. Sellers
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave., NW
Suite 500
Washington, DC  20005

*For Personnel Staffing Group, LLC and Staffing Network Holdings, LLC*
Carter A. Korey
Elliot S. Richardson
Ryan D. Gibson
Michele Denise Dougherty
Korey Richardson, LLC
20 S. Clark Street, Suite 500
Chicago, IL  60603

                                    /s/ Joseph K. Mulherin
                                Attorney for Defendant Vee Pak, Inc.