THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN LUCAS, JOE EAGLE, MICHAEL KEYS, ANTWOIN HUNT, and JAMES ZOLLICOFFER, on behalf of themselves and similarly situated job laborers,<br><br>   Plaintiffs,<br><br>v.<br><br>VEE PAK, INC., STAFFING NETWORK HOLDINGS, LLC, PERSONNEL STAFFING GROUP, LLC d/b/a MOST VALUABLE PERSONNEL and ALTERNATIVE STAFFING, INC. d/b/a ASI,<br><br>   Defendants. | Case No. 12-cv-9672<br>Judge John J Tharp Jr<br>Magistrate Judge Martin |

**DEFENDANT VEE PAK, INC.'S MOTION IN OPPOSITION TO PARTIAL SETTLEMENT BETWEEN PLAINTIFFS AND ALTERNATIVE STAFFING, INC.**

  Pursuant to the Court's July 11, 2018 order granting the non-settling parties' leave to file any motions raising issues in opposition to the partial Settlement Agreement between Plaintiffs and Alternative Staffing, Inc. ("ASI") ("Settlement Agreement"), Defendant Vee Pak, Inc. respectfully moves in opposition to the Settlement Agreement.

  In support of its Motion, Vee Pak files herewith a Memorandum in Support of Its Motion in Opposition to Partial Settlement Agreement Between Plaintiffs and ASI.

  WHEREFORE, Vee Pak respectfully requests that the Court grant its motion and enter an order (i) affirming that Vee Pak has standing to oppose the Settlement Agreement, (ii) denying final approval of the Settlement Agreement between Plaintiffs and ASI, and (iii) granting any other relief as the Court deems just and equitable.

CHICAGO/#3178314.1

                                      Respectfully submitted,

                                      VEE PAK, INC.

                                      By: <u>/s/ Joseph K. Mulherin</u>
                                                  One of its Attorneys

Thomas G. Abram & Joseph K. Mulherin
Vedder Price
222 North LaSalle, Suite
Chicago, IL 60601
(312) 609-7500

Donald S. Rothschild & Brian M. Dougherty
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527
(630) 655-6000

## CERTIFICATE OF SERVICE

      I, Joseph K. Mulherin, an attorney, certify that I served a copy of **Defendant Vee Pak, Inc.'s Motion in Opposition to Partial Settlement Between Plaintiffs and Alternative Staffing, Inc.**, filed with the United States District Court, via CM/ECF, on all registered users, on this 10th of August, 2018:

*For Plaintiffs*
Christopher Williams
Alvar Ayala
Workers' Law Office, P.C.
53 W. Jackson Blvd., Suite 701
Chicago, IL  60604

*For Alternative Staffing, Inc.*
Kerryann Marie Haase
Katherine Lee Goyert
Brian P. Paul
Sara E. Flotte
Michael Best & Freidrich, LLP
444 W. Lake Street, Suite 3200
Chicago, IL  60606

*For Plaintiffs*
Shaylyn Capri Cochran
Miriam Rose Nemeth
Joseph M. Sellers
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave., NW
Suite 500
Washington, DC  20005

*For Personnel Staffing Group, LLC and Staffing Network Holdings, LLC*
Carter A. Korey
Elliot S. Richardson
Ryan D. Gibson
Michele Denise Dougherty
Korey Richardson, LLC
20 S. Clark Street, Suite 500
Chicago, IL  60603

                                                  /s/ Joseph K. Mulherin
                                            Attorney for Defendant Vee Pak, Inc.

CHICAGO/#3178314.1