Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                   EASTERN DIVISION
 4    BRIAN LUCAS, JOE EAGLE,
      MICHAEL KEYS, ANTWOIN
 5    HUNG and JAMES                 Case No.
      ZOLLICOFFER, on behalf         1:12-cv-09672
 6    of themselves and
      similarly situated
 7    laborers,
                    Plaintiffs,
 8      vs.
      VEE PAK, INC., STAFFING
 9    NETWORK HOLDINGS LLC,
      PERSONNEL STAFFING
10    GROUP, LLC d/b/a MOST
      VALUABLE PERSONNEL,
11    d/b/a MVP and
      ALTERNATIVE STAFFING,
12    INC., d/b/a ASI,
                    Defendants.
13    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
14                VIDEO DEPOSITION OF
15                 STEVEN SWERDLOFF
16
17
18                 March 8, 2018
19                  9:12 a.m.
20
21        444 West Lake Street, Suite 3200
22                Chicago, Illinois
23             Veritext Legal Solutions
                Mid-Atlantic Region
               1250 Eye Street NW - Suite 350
24              Washington, D.C.  20005
```

1      Mario, on the other end, was not as colorful.

2   He basically stated that he wanted Hispanic

3   individuals because the African-Americans never

4   stayed.  He wound up having to retrain them and --

5   period.

6   BY MR. SELLERS:

7      Q.   Have you finished your answer?

8      A.   I finished my answer.

9      Q.   So let me go back to 1998 when you were

10  first starting business, and you made an

11  observation, as I think you said, toward the

12  company that it appeared to you their workers there

13  were Hispanic.

14          What led you to observe that?  How did you

15  determine that?

16     A.   I walked into a factory, saw over 200 and

17  some-odd people, and I never saw one

18  African-American.

19     Q.   Okay.  Did you happen to overhear the

20  language people were speaking?

21     A.   They were all speaking Spanish.

22     Q.   Then you referred to a Juan and Mario.  Do

23  you know their last names?

24     A.   I think it's Juan Montoya, I think -- I'm

Page 110

1    manager in charge of all the workers on that shift?

2        A.    They were the boss.   They are the ones

3    that made your life or killed you.

4        Q.    So you had -- initially had conversations

5    with Mr. Montoya in person?

6        A.    Yes, when I was on the floor.

7        Q.    Okay.   This was early in your relationship

8    with Vee Pak; is that right?

9        A.    Correct.

10       Q.    Okay.   Then I gather you had at least one

11   conversation or more with Mr. Montoya in which he

12   referred to his -- that they wanted were

13   good-looking Hispanic females.   Was that over the

14   phone, or was that in person?

15       A.    That one, I believe, was over the phone,

16   yes.

17       Q.    And, roughly, what year was that?

18       A.    I can't remember back that far.   I can

19   remember it may be in the '09-'10 arena.   I can

20   remember when I was on the floor in '98-'99.   That

21   I remember.

22       Q.    All right.   So your best recollection is

23   the conversation you're referring to about

24   Mr. Montoya saying he wanted younger-looking,

1    Hispanic females was around 2009 or 2010?

2        A.   Yes.

3        Q.   And what did you say in response?

4        A.   Nothing.

5        Q.   Did the conversation end after he said

6    that?

7        A.   No.  It was nice.  I was a very young

8    company.  I was new in the business.  And the

9    culture was what it was, and I adhered to it.

10       Q.   That's what I was going to ask you.  Did

11   you follow his direction?

12       A.   Yes.

13       Q.   Why did you do that?

14       A.   Because I was afraid of losing his

15   business.

16       Q.   And how did you go about implementing

17   Mr. Montoya's demand to have young, good-looking

18   Hispanic females?

19       A.   Well, and I'm not sure we ever satisfied

20   the colorful part of the remark.  But my

21   conversations with our head dispatcher, who is

22   still there today -- she's been with us 13 years --

23   DeeDee, she went down for an on-site visit.

24   I might have even taken her.  I'm not sure.  She

Page 112

1    would sometimes even drive, in the morning, people

2    to work.  As a matter of fact, she did drive for

3    quite a period of time.  Maybe as long as a year on

4    and off, not regularly.

5           And being Hispanic herself, she could read

6    the blueprint pretty well, and Juan would tell her

7    the types of people he wanted.  And he would talk

8    to her, and she did what she had to do.  She let me

9    know that she was doing it, and I said, "Do what

10   they ask you to do."

11          There were times that DeeDee was extremely

12   frustrated because Juan would call up and ask to

13   fill extra orders, but she couldn't fill it because

14   the only individuals she had were

15   African-Americans.  And she'd know they would bump

16   them out, and it was what it was.  We just had to

17   live with it.

18      Q.   You mentioned that Mr. Montoya used what

19   you described as "colorful language."  And

20   I apologize to ask you to have it repeat it, but

21   I think we have to have it for the record.  Can you

22   report what he used?

23      MR. ROTHSCHILD:  Objection.  Foundation.

24   Because I'm not sure which conversation and when.

Page 113

1    BY MR. SELLERS:

2        Q.   Well, I'll ask you:  You said before that

3    at some point Mr. Montoya used colorful language in

4    connection with saying he wanted young,

5    good-looking Hispanic females.  Is that the

6    characterization of your testimony?

7        A.   That is accurate.

8        Q.   And was that in reference to the

9    conversation around 2009 or 2010?

10       A.   It was.

11       Q.   All right.  And, again, with my apologies,

12   I ask you to repeat what he said.

13       A.   I'm not sure I want to repeat it.  There

14   are ladies in the room, and I don't think it's

15   really appropriate.  I don't feel good really

16   saying it.

17       MR. PAUL:  Steven, this is a deposition, and

18   everybody in the room is adults.

19       MR. SELLERS:  We are all professionals.

20       MR. PAUL:  And you should testify honestly to

21   what was said and answer questions.  Okay?

22       THE WITNESS:  He said he wanted good looking

23   young ladies with big tits.

24

1      Q.   Other than this one conversation you said

2  around 2009 or 2010 with Mr. Montoya -- and I won't

3  repeat the language that he used with you, but you

4  testified about it -- were there any other

5  occasions when you spoke to Mr. Montoya about

6  his -- a preference with respect to Hispanics or

7  Hispanic women?

8      A.   Not that I recall.

9      Q.   Let me turn to Mario.

10          Roughly when did you have a conversation

11 with -- one or more conversations with Mario?

12     A.   I believe I only had potentially one

13 additional conversation with Mario, and as

14 I stated, I think earlier, he was not of the

15 colorful type.  He's a pretty straight and narrow

16 type of guy.  I think then his mother was working

17 there or wife -- whatever -- anyway, I'm getting

18 off track.

19          He was just simply stating that

20 African-Americans didn't work out well, and he

21 didn't want them.

22     Q.   And did you -- what did you understand

23 from that?

24     A.   That he didn't want African-Americans.

Page 117

1    Q.   And did that lead you to do anything with

2  respect to the types of candidates you referred to

3  Vee Pak?

4    A.   I continued the same practice.

5    Q.   So Mr. Montoya made this demand before you

6  spoke to Mario?

7    A.   No.  It was close -- in the '9 to '11 time

8  period.  I spoke to both of them that period.

9  I don't remember who came first, but it was in the

10  same time period.

11    Q.   And since we are clear, we say '9 to '11,

12  you mean 2009 to 2011?

13    A.   Yes.

14    Q.   Okay.  All right.  You mentioned also

15  Ms. Tracey took people over to Vee Pak from time to

16  time?

17    A.   Yes.

18    Q.   Do you know whether either of these men

19  spoke to Ms. Tracey about these same preferences?

20    A.   I don't know.

21    Q.   Okay.  Are you aware of whether

22  Mr. Montoya or Mario spoke to either -- anyone else

23  at ASI about any demands for -- either referring

24  African-Americans -- or referring Hispanics or not

Page 120

1   somebody said do not discuss this at all.

2          And but I think we both understood what we

3   didn't say to each other.

4       Q.   When you said that you recall Mr. Zwartz

5   saying "didn't feel comfortable about it," was it

6   he didn't feel comfortable about talking about the

7   lawsuit, or it's your understanding he said he

8   didn't feel comfortable about the practices that

9   were alleged in the lawsuit?

10      A.   It was my opinion he didn't feel

11  comfortable talking about the lawsuit with me.

12      Q.   Did you at any point raise with Mr. Zwartz

13  whether Mr. Montoya or Mario had the authority to

14  do the things they were doing with respect to

15  Hispanic and African-American workers?

16      A.   No.

17      Q.   Do you know whether Mr. Montoya is still

18  working at Vee Pak?

19      A.   I don't know.

20      Q.   Do you know whether Mario is still working

21  at Vee Pak?

22      A.   I think he is, but I don't know.  I don't

23  handle the account on a day-to-day basis.

24      Q.   Okay.  Are you -- were you ever informed

1   of an incident that may have occurred in which a

2   group of African-American workers who were being

3   driven over to Vee Pak were turned away?

4        A.   Yes.

5        Q.   What do you recall about that?

6        A.   We had a -- our on-site manager Carmen was

7   at the account.  There was a -- there was a late

8   call called in by Vee Pak for ten additional

9   people, approximately ten.  It was a late call,

10  and, anyway, the majority of them were non-Hispanic

11  and African-American.

12            The people arrived -- and I don't know if

13  DeeDee took them.  I don't know who took them.

14  I don't know who the driver was -- and an

15  individual by the name of Joe looked at them and

16  said, "Get their fucking black ass out of here."

17       Q.   Okay.  How did you come to hear about

18  that?

19       A.   I'm not sure if I heard it from Carmen or

20  Kyle.

21       Q.   And so just so I understand some of the

22  terminology you used.  You talked about a late

23  call.  Is this a request for workers that came

24  outside of the regular shift time period?

```
                                           Page 125
 1           Continued to send them.
 2      MR. ROTHSCHILD:  Can you hold on one second
 3  before your next question?
 4      MR. SELLERS:  Sure.
 5      MR. ROTHSCHILD:  I'm out of paper.
 6      MR. SELLERS:  Sure.
 7                     (Whereupon, a discussion was had
 8                      off the written record but on
 9                      the video record.)
10      MR. SELLERS:  Can you read back the last
11  question and answer?
12                     (Whereupon, the record was
13                      read.)
14  BY MR. SELLERS:
15      Q.   So, Mr. Swerdloff, as I understand it,
16  I asked you in this situation where they were
17  telling you that -- complaining that new workers
18  were being sent rather than experienced workers,
19  and I asked you what did you do about that.
20           And I think your answer was you continued
21  to send African-Americans?
22      A.   Yes.
23      Q.   Okay.  Did you understand -- what was your
24  understanding about the distinction between what
```

1  new and experienced workers were in that context?

2     A.   Hispanic versus African-American.

3     Q.   The experienced were Hispanics?

4     A.   The experienced people would have been

5  people that would have been there forever or who

6  would have been there prior, but as their orders

7  went up, we did not have any more experienced

8  workers.  And rather than just send Hispanic

9  workers, we sent the -- on the flex part of it, we

10  sent a mixture of African-Americans and Hispanics.

11     Q.   And at whose direction did you understand

12  this to be -- this request for experienced workers

13  to be?  Who at Vee Pak?

14     A.   It was an e-mail that was sent from Ryan

15  to Tom Zwartz in September, I think.

16                 (Whereupon, SWERDLOFF Exhibit 17

17                 was marked for identification.)

18  BY MR. SELLERS:

19     Q.   Okay.  You have Exhibit 17 in front of

20  you?

21     A.   Correct.

22     Q.   Do you recognize this?

23     A.   Yes, I do.

24     Q.   What do you understand it to be?

Page 186

1    A.   No.

2    Q.   Do you have actual knowledge of the DNRs

3 other than the ones you testified about today and

4 just now?

5    MR. PAUL:   In general or on the exhibit?

6 BY MR. ROTHSCHILD:

7    Q.   The ones that are on Exhibit 13.  Do you

8 have any other knowledge other than what you

9 testified to already today as to the specifics?

10    A.   I have not reviewed them at all.

11    Q.   Do you believe there is high percentage of

12 African-American employees that have been DNR'd at

13 Vee Pak?

14    A.   Initially back in '15, I do believe so.

15    Q.   And do you believe the reason for that was

16 because of their race?

17    A.   Yes, I do.

18    Q.   And what investigation did you conduct to

19 determine that the reason for the DNR was because

20 of their race?

21    A.   I did not conduct any investigation.  What

22 I did was continue to send people.

23    Q.   So on an individual basis, you don't know

24 -- if somebody was DNR'd for walking off or chewing

```
                                          Page 200
 1      MR. PAUL:  You can answer a fourth time, if you
 2   would like.
 3      THE WITNESS:  Do you want to repeat the
 4   question again?
 5                      (Whereupon, the record was
 6                      read.)
 7      THE WITNESS:  No, I didn't.
 8   BY MR. ROTHSCHILD:
 9      Q.   As a result of the discriminatory
10   statements made in '08, '09 by Juan, did you send a
11   greater number of Hispanic workers to Vee Pak than
12   you otherwise would have sent?
13      A.   In '09 to '11 --
14      Q.   I asked you about '98'-99.
15      MR. PAUL:  No, you didn't.
16      MR. ROTHSCHILD:  I'd like to strike that and
17   rephrase the question because that was my
18   intention.
19   BY MR. PAUL:
20      Q.   In '98-'99 when Juan made the statements
21   to you, did you send more Hispanic workers to
22   Vee Pak as a result of the statements he made to
23   you?
24      A.   At that time we only sent Hispanic
```

Page 201

1    workers, and we did not send anymore.

2        Q.    And why did you send Hispanic workers in

3    '98-'99?

4        A.    Because of the reasons I testified

5    earlier, that that was the type of individuals that

6    Vee Pak wanted.

7        Q.    According to what Juan had said?

8        A.    Correct.

9        Q.    Any other reason?

10       MR. PAUL:  Other than he testified this

11   morning?

12   BY MR. ROTHSCHILD:

13       Q.    Other than what you stated this morning,

14   any other reason?

15       A.    No.

16       Q.    Did you have workers available to send to

17   Vee Pak in '98-'99 of a different national origin?

18       A.    Some.

19       Q.    Are the workers that were sent to your

20   other customers in '98-'99 racially different than

21   the workers sent to Vee Pak?

22       A.    Back in '98 and '99, the far-reaching

23   majority of all people that we sent out were

24   Hispanic.

Page 229

1    the company?

2        A.    No.

3        Q.    So in the declaration, paragraph 12, I'm

4    going to read it.  It says "In 2015 two ASI clients

5    filed for bankruptcy placing ASI in a financially

6    difficult position."  Do you see that?

7        A.    I do.

8        Q.    Was ASI in a financially difficult

9    position before 2015?

10       A.    I believe in '13 -- no.  I believe in '14

11   business took a dip, and it was not as financially

12   solvent as it was the prior year, as it was in

13   years after, but in '15 we took a major hit.

14       Q.    Was that because two companies filed for

15   bankruptcy, or was there something else going on?

16       A.    No.  There was two clients that previously

17   hit us for a million dollars each.

18       Q.    You mean didn't pay a million dollars?

19       A.    They went bankrupt.

20       Q.    Who were they?

21       A.    One was Sound Solutions in the Back of the

22   Yards area, and the other one was Team Fulfillment

23   in Carol Stream.

24       Q.    Any other reasons in 2015 that ASI was in

Page 230

1    a financially difficult position?

2        A.   Well, we had a high bank line at that time

3    because of the bankruptcies.  It was a total of

4    $1.8 million that we had to write off, and it put

5    us, for a couple of years, in a financially

6    difficult place.

7        Q.   And have you gotten your footing back?

8        A.   Today?

9        Q.   Yes.

10       A.   Yes.

11       Q.   Okay.  When would you say ASI was no

12   longer in a financially difficult position?

13       A.   '16.

14       Q.   2016?

15       A.   Yeah.  Second, third quarter in '16, then

16   '17.

17       Q.   Okay.  Did you have to lay folks off in

18   2015?

19       A.   We --

20       Q.   Strike that.  I mean core employees, and

21   by core employees, I mean your employees, not

22   temporary employees.  Okay?

23            So folks who worked directly for ASI, did

24   you have to lay anybody off?  Let's start with

Page 231

1    2014.

2        A.    We cut hours.

3        Q.    You cut hours?

4        A.    We cut hours.

5        Q.    But did you have to lay anybody off?

6        A.    I wouldn't lay anybody off.

7        Q.    Do you know how many hours you cut?

8        A.    No.

9              But I know I didn't take any salary.

10       Q.    So in 2014 you didn't take a salary?

11       A.    I took much, much less.

12       Q.    How much less salary did you take in 2014?

13       A.    I couldn't tell you, but it was a lot

14   less.  There were months at a time that I didn't

15   take a salary.

16       Q.    Okay.  How about 2015?  Did you have to

17   lay anybody off in 2015?

18       A.    We had to cut hours in 2015.

19       Q.    Okay.  But you didn't lay anybody off;

20   correct?

21       A.    No.

22       Q.    Do you know how many hours you cut?

23       A.    No, I don't.

24       Q.    Did you go months without getting paid in

Page 232

1    2015?

2         A.    I'm sorry?

3         Q.    Did you go months without getting paid in

4    2015?

5         A.    At least two or three.

6         Q.    Do you know what your salary -- do you

7    know how much less you took in salary in 2015 than,

8    say, in 2012?

9         A.    No.

10        Q.    How about in 2016?  That's when you

11   started to get your footing back?

12        A.    Yes.

13        Q.    Did you take a full salary in 2016?

14        A.    I took more salary in 2016.

15        Q.    And you didn't lay anybody off in 2016?

16        A.    No, I did not.

17        Q.    Did you have to cut hours, or did everyone

18   get the hours that you thought that they needed?

19        A.    No.  2016, we definitely returned to

20   profitability.

21        Q.    Okay.  In 2017?

22        A.    2017, we were very profitable.

23        Q.    You were very profitable in 2017.  Okay.

24              So were you in the red or the black in

Page 233

1  2014?

2       A.    In 2015 -- I don't have 2014 in my head.

3  I think in 2015 we were about maybe $800,000 in the

4  positive in net income.  Correct.  That was after

5  all the cuts that I made.  That's a paper number.

6  It's not an actual cash number, if you understand

7  balance sheets and income statements.

8       Q.    I do.

9       A.    It showed which was like 25 or 30 percent

10  of the profit of previous years.

11       Q.    Okay.  And in 2016 you were in the black?

12       A.    2016, was about 40 or 50 percent better.

13       Q.    And "in the black," you mean you made a

14  profit in 2016?

15       A.    There was retained earnings on the book

16  that year.

17       Q.    2017?

18       A.    There were positive retained earnings.

19       Q.    I'm going to go back to this in a second,

20  and I don't know that we're going to get through it

21  today because I don't think we have any records.

22            Let me ask you this:  Paragraph 13 says

23  "Though ASI initially believed that it had

24  insurance coverage for this claim."

1        Your insurance provider informed ASI prior

2  to the settlement conference essentially that you

3  didn't; right?  And they were seeking declaratory

4  judgment because it had no insurance coverage for

5  this case.  Is that fair?

6     A.   This case was a third-party client.  We

7  had no third-party client coverage.

8     Q.   What do you mean by that?

9     A.   It wasn't an employee.  Brian Lucas was

10  never an employee.  He was a third party.

11     Q.   Okay.  So --

12     A.   Therefore, the insurance would not cover

13  it.

14     Q.   Who was -- who was your insurance company?

15     A.   I believe the insurance was distributed

16  through Beazley.  Beazley, I think, is the MGA

17  for -- I forgot the name for the actual carrier,

18  but they are the MGA for it.

19     Q.   Who told you they weren't providing

20  coverage for this?

21     A.   Beazley.

22     Q.   Did you have an attorney?

23     A.   Yes.

24     Q.   Okay.  Who was your attorney that was