1         UNITED STATES DISTRICT COURT
2       FOR THE NORTHERN DISTRICT OF ILLINOIS
3                 EASTERN DIVISION
4    BRIAN LUCAS, JOE EAGLE,
     MICHAEL KEYS, ANTWOIN
5    HUNG, and JAMES                     Case No.
     ZOLLICOFFER, on behalf              1:12-cv-09672
6    of themselves and
     similarly situated
7    laborers,
                   Plaintiffs,
8       vs.
     VEE PAK, INC., STAFFING
9    NETWORK HOLDINGS, LLC,
     PERSONNEL STAFFING
10   GROUP, LLC, d/b/a MOST
     VALUABLE PERSONNEL,
11   d/b/a MVP and
     ALTERNATIVE STAFFING,
12   INC., d/b/a ASI,
                   Defendants.
13   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
14               DEPOSITION OF
15             DEYANIRA GONZALEZ
16
17
18              May 17, 2018
19                9:12 a.m.
20
21         Veritext Legal Solutions
              Mid-Atlantic Region
           1250 Eye Street NW - Suite 350
22            Washington, D.C.  20005
23
24      Deanna Amore, CSR, RPR, 084-003999

Deyanira Gonzalez

Page 17

```
 1  BY MS. NEMETH:
 2      Q.  Go ahead.  You can answer.
 3      A.  He would just basically call in and say
 4  what the orders were sometimes or if he didn't want
 5  to send people there, stuff like that.
 6      Q.  What do you mean "what the orders were"?
 7      A.  Like, he'll call in and say, "Did you
 8  complete my order" and let me know what was the
 9  order and how many I had sent.
10      Q.  So to check on the status of an order?
11      A.  Yes.
12      Q.  And you also mentioned he would call and
13  tell you what kind of people he wanted?
14      MR. ROTHSCHILD:  Objection.  Foundation.
15  BY MS. NEMETH:
16      Q.  You can answer.
17      A.  Yes, correct.
18      Q.  What do you mean what kind of people he
19  wanted?
20      A.  He specifically would say he wanted "his
21  quality of people," meaning Hispanic, young,
22  pretty, and hard-working.
23      Q.  How did you know that's what he meant?
24      A.  That's what he said.
```

Deyanira Gonzalez

Page 18

1   Q.  When did you have those conversations with
2   him?
3   A.  I don't recall the exact but about '08.
4   Q.  How many -- do you remember how many
5   conversations you had with him?
6   A.  I do not recall.
7   Q.  Do you remember how long those
8   conversations -- strike that.
9       How often did you talk to Mr. Montoya in
10  2008?
11  A.  About three or four times a week.
12  Q.  And did he make those comments every time
13  you spoke with him?
14  A.  I don't recall at the time.
15  Q.  Did he make those comments regularly?
16  A.  Yes.
17  Q.  Can you give me a sense of how regularly?
18  A.  Maybe once a week, twice a week.
19  Q.  And did those conversations continue after
20  2008?
21  A.  Yes.
22  Q.  For how long did they continue?
23  A.  Approximately about 2011, 2012.
24  Q.  Okay.  How many times did you talk to him

Deyanira Gonzalez

Page 19

```
 1   between 2009 and 2012?
 2       A.   Plenty.  I would not be able to put a
 3   number into it.
 4       Q.   Do you remember how many times per week
 5   during 2009 to 2012?
 6       A.   About twice, two to three times.
 7       Q.   Two to three times, you'd speak to him;
 8   correct?
 9       A.   Correct.
10       Q.   He would make those comments once or twice
11   a week between 2009 and 2012?
12       A.   Correct.  2008.
13       Q.   Thank you.
14            Between 2008 and 2012?
15       A.   Correct.
16       Q.   What did you -- what did you do when you
17   heard him say that?
18       A.   I told Steven.
19       MR. ROTHSCHILD:  I didn't hear the answer.
20       THE WITNESS:  I told Steven.
21   BY MS. NEMETH:
22       Q.   Did you go directly -- Steven is
23   Mr. Swerdloff; correct?
24       A.   Correct.
```

Deyanira Gonzalez

Page 20

1   Q.   And who is Mr. Swerdloff?
2   A.   The president of the company.
3   Q.   Did you go directly to Mr. Swerdloff?
4   A.   Yes.
5   Q.   Did you speak to him in person?
6   A.   Yes.
7   Q.   Let me clarify.  Did Mr. Montoya speak to
8   you in person, on the phone --
9   A.   On the phone.
10  Q.   Were all of these conversations with
11  Mr. Montoya on the phone?
12  A.   Yes.
13  Q.   Were any in email?
14  A.   No.
15  Q.   Were any in person?
16  A.   On the phone.  No, not in person like
17  this, live, no.
18  Q.   I want to go back to when you spoke to
19  Mr. Swerdloff about these conversations.  What did
20  you tell Mr. Swerdloff?
21  A.   What kind of quality people he was asking
22  for.
23  Q.   What kind of quality Mr. Montoya was
24  asking for?

Deyanira Gonzalez

Page 21

1      A.   Correct.
2      Q.   Did you tell Mr. Swerdloff that you
3  understood Mr. Montoya was asking for Hispanic
4  workers?
5      A.   That's what I was -- yeah.
6      Q.   Did you also tell Mr. Swerdloff that you
7  understood Mr. Montoya was seeking young, female
8  workers?
9      A.   Correct.
10     Q.   Was there anything else specifically
11 Mr. Montoya was seeking?
12     A.   No.  It was mainly Hispanics,
13 good-looking, young women.
14     Q.   And did you tell Mr. Swerdloff all of
15 that?
16     A.   Yes.
17     Q.   What did Mr. Swerdloff tell you to do?
18     A.   "Just give him what he wants."
19     Q.   What does that mean?
20     A.   Just young Mexicans, if that's what he
21 wants.
22     Q.   Did Mr. Montoya specifically ask for
23 Mexican workers?
24     A.   Yes.

1      Q.   Did he say -- did Mr. Montoya say anything
2   about people he did not want you to send?
3      A.   Yes.
4      Q.   What did he say?
5      A.   He said he didn't want black people
6   because they were lazy.
7      Q.   Did he say anything else?
8      MR. ROTHSCHILD:  Objection.  Foundation again.
9      MS. FLOTTE:  You can answer.
10     THE WITNESS:  Mainly, they were lazy, bad
11  workers and had bad attitudes.
12  BY MS. NEMETH:
13     Q.   How did Mr. Montoya communicate that you
14  to you?
15     A.   Through phone.
16     Q.   And when did he communicate his preference
17  against African-Americans to you?
18     A.   About '08.
19     Q.   How often in 2008?
20     A.   Well, whenever -- maybe once or twice a
21  week.
22     Q.   So on those once or twice-a-week calls
23  that he would communicate that, would he
24  communicate both about wanting Hispanic workers and

Deyanira Gonzalez

Page 23

1  not wanting African-American workers?
2       A.   Correct.
3       Q.   And did those comments about
4  African-American workers continue after 2008?
5       A.   Yes.
6       Q.   For how long did they continue?
7       A.   Approximately about three or four years --
8  about 2012.
9       Q.   Were those comments about
10 African-Americans from Mr. Montoya also -- did you
11 hear them also about once or twice a week?
12      A.   Yes.
13      Q.   Throughout that whole time period?
14      A.   Correct.
15      Q.   So you understood that you were to send
16 Mr. Montoya as many Hispanic workers as you could,
17 right?
18      A.   Yes.
19      Q.   And when you had those conversations with
20 Mr. Montoya, where were you physically?
21      A.   In the office.  Once I was outside of
22 Vee Pak.
23      Q.   What do you mean "once you were outside of
24 Vee Pak"?

1    A.   He didn't allow me to enter the building
2    because I had three African-Americans.
3    Q.   Tell me about that situation.
4    A.   He had called in a late order that day.
5    I don't recall the exact date.  He called in
6    wanting people in late, as a late order.  I guess a
7    machine was up and running so he needed extra
8    people.  Called me in late that day and I started
9    making calls.  The only ones that were available
10   were three African-Americans.
11   Q.   Did Mr. Montoya at that time ask for
12   Hispanic workers?
13   A.   No, he did not.
14   Q.   What happened next?
15   A.   I drove them myself out there.  Upon my
16   arrival, I called him to be able to open the door
17   because the doors are closed at a certain time.
18   Once Vee Pak starts their shift, they close the
19   doors.  You can only enter their building if they
20   press a buzzer.  So I called Mr. Montoya, told him
21   that I was outside with the three employees, and
22   before he opened the door he asked for the employee
23   names.
24   Q.   Do you remember what the employees' names

```
 1   were?
 2      A.   No, I do not recall.
 3      Q.   Do you remember anything else about the
 4   employees?
 5      A.   I do not.  They were just
 6   African-American.
 7      Q.   So what happened after you gave
 8   Mr. Montoya their names?
 9      A.   He said he would -- he wasn't going to let
10   them in, and he no longer needed them.
11      Q.   How long did that conversation take?
12      A.   About ten minutes, maybe less.
13      Q.   Did he ever let you in the building that
14   day?
15      A.   No, he did not.
16      Q.   He never opened the door?
17      A.   No.  He said he'd change with them.
18      Q.   What did you do?
19      A.   I left with them.
20      Q.   Did he say why he didn't need these
21   workers anymore?
22      A.   He did not.
23      Q.   Do you have a sense of why he -- why he
24   turned them away?
```

Deyanira Gonzalez

Page 26

1      A.   Because they were African-American.
2      Q.   Why do you think that's the case?
3      A.   The names that I gave him, he basically
4  knew that they weren't Hispanic last names.
5      Q.   So you had this one -- did you ever tell
6  Mr. Swerdloff about this incident?
7      A.   Yes.
8      Q.   What did you tell him about it?
9      A.   The exact same thing I told you.
10     Q.   What did Mr. Swerdloff say to you?
11     A.   I do not recall.
12     Q.   Did Mr. Swerdloff instruct you to continue
13  sending as many Hispanic workers as you could?
14     A.   Yes.
15     Q.   Why did he tell you to do that?
16     A.   I believe it was maybe because he thought
17  they would change agencies because Juan had told me
18  that if I kept sending him black people, he was
19  going to get his kind of people from another
20  agency.
21     Q.   Another staffing agency?
22     A.   Correct.
23     Q.   So he would take his business away from
24  ASI?

```
 1      A.   Correct.
 2      Q.   Do you remember when he said that?
 3      A.   I do not.
 4      Q.   Do you remember if it was before or after
 5   the incident where you drove the workers out?
 6      A.   I believe it was after.
 7      Q.   Okay.
 8      A.   Because that's when he got a little
 9   more pushy because he kind of saw we were taking
10   him still the black people.
11      Q.   Would you say that was approximately 2009
12   to 2012?
13      A.   Between 2008 and 2012.
14      Q.   Okay.  You don't have any sense of
15   where --
16      A.   No, I don't.
17      Q.   And you said that after you brought him
18   those three workers that he rejected, he got a
19   little bit more pushy?
20      A.   Yes.
21      Q.   Can you explain what you mean by that?
22      A.   He basically figured we were going to keep
23   sending him black people, and that's when he made
24   that comment that if we wouldn't give him the kind
```

Deyanira Gonzalez

Page 44

1  database, do you know?
2     A.   Either payroll, Julie.
3     Q.   That wouldn't be your job?
4     A.   No.
5     Q.   But you would review the list, and you
6  could see who was DNR'd?
7     A.   Correct.
8     Q.   DNR and DNA are the same thing; correct?
9     A.   Yes.
10    Q.   And you wouldn't send the workers who were
11 DNR'd or DNA'd back to Vee Pak?
12    A.   Correct.
13    Q.   And you looked at this list in Exhibit 2
14 regularly when you filled jobs for Vee Pak?
15    A.   The other list, yes, the database one.
16    Q.   When you say "the other list," do you mean
17 an electronic version of this list --
18    A.   Yeah, the same thing.  Just different
19 format.
20    Q.   Okay.  You looked at this content to
21 determine who to send back?
22    A.   Correct.
23    Q.   Did you draw any conclusions about who
24 Vee Pak was DNR'g from your review of these lists?

1     A.    Yes.
2     Q.    What conclusions did you draw?
3     A.    That they don't want black people there.
4     Q.    How did you draw that conclusion?
5     A.    It was mainly African-Americans that had
6  the no returns when we would go down the line.
7     Q.    Was Mr. Montoya responsible for DNR'g
8  workers at Vee Pak?
9     A.    Yes.
10    Q.    Do you know if anyone else was also
11 responsible?
12    A.    I would not be aware.
13    Q.    We've been talking thus far about the time
14 period -- mostly about the time period from 2008
15 through 2012.  Did things change after 2012 in
16 ASI's relationship with Vee Pak?
17    A.    I do not recall at this time.
18    Q.    Do you remember if ASI at any point moved
19 on-site with Vee Pak?
20    A.    What do you mean by that?
21    Q.    I was going to ask you what that meant.
22          But do you recall -- was there any point
23 when ASI started filling larger orders for Vee Pak?
24    A.    We did, yes, but I would not recall when