Page 1

```
 1            UNITED STATES DISTRICT COURT
 2        FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                   EASTERN DIVISION
 4    BRIAN LUCAS, JOE EAGLE,
      MICHAEL KEYS, ANTWOIN
 5    HUNG and JAMES                    Case No.
      ZOLLICOFFER, on behalf            1:12-cv-09672
 6    of themselves and
      similarly situated
 7    laborers,
                  Plaintiffs,
 8      vs.
      VEE PAK, INC., STAFFING
 9    NETWORK HOLDINGS, LLC,
      PERSONNEL STAFFING
10    GROUP, LLC, d/b/a MOST
      VALUABLE PERSONNEL,
11    d/b/a MVP and
      ALTERNATIVE STAFFING,
12    INC., d/b/a ASI,
                  Defendants.
13    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
14                 DEPOSITION OF
15                CARMEN HERNANDEZ
16
17
18              May 17, 2018
19                2:09 p.m.
20         Veritext Legal Solutions
              Mid-Atlantic Region
           1250 Eye Street NW - Suite 350
21            Washington, D.C.  20005
22
23      Deanna Amore, CSR, RPR, 084-003999
24
```

Carmen Hernandez

Page 22

1    Q.   Before we get into the details of that,
2  I want you to look at the -- below the paragraph on
3  page 43460, do you see the signature?
4    A.   Yes.
5    Q.   Is that your signature?
6    A.   Yes.
7    Q.   Okay.  Can you tell me what incident you
8  were recounting in this writing?  Can you tell me
9  about the incident that you were recounting in this
10 writing?
11   A.   Yes.
12        So on September 3, 2014, I went to --
13 I was just usually doing the check-ins for second
14 shift, and this day I was over by ten people.
15   I was looking for the manager, which would be
16 Joe at that time, and he -- I was looking for him.
17 So I had all the ten people stand by a line.  So I
18 went out and went to look for him.  I let him know
19 I was ten people over.  He looked over to see the
20 ten people, and that's when he said, "Get those
21 effing black people out of there."
22   I was shocked.  He said it in an angry manner.
23 I was shocked and kind of embarrassed by the
24 comment and everything.  I turned around, called

Carmen Hernandez

Page 23

```
 1   Kyle, let him know about the incident.
 2       And he said, "Have them come back to the
 3   office.  I'll take care of it."
 4       Q.   And just to clarify, who was Joe?
 5       A.   I think he was the manager.  I'm not sure
 6   of his title.
 7       Q.   At Vee Pak?
 8       A.   At Vee Pak.
 9       Q.   And what did you understand Kyle to say
10   when he said he would take care of it?
11       A.   That he will take care of the matter.
12   I am not sure.
13       Q.   Okay.  And from your experience in this
14   situation, what did you understand was the reason
15   that Joe sent those employees away?
16       MR. MULHERIN:  Objection.  Foundation.
17       THE WITNESS:  I'm not sure.
18       MR. RICHARDSON:  Objection.  Form.
19       MS. FLOTTE:  You can answer.
20       THE WITNESS:  I'm not sure what he was
21   thinking.  I don't know.
22   BY MS. NEMETH:
23       Q.   But it was because they were black?
24       MR. MULHERIN:  Objection.  Foundation.
```

Carmen Hernandez

Page 24

1   Leading.
2      MR. RICHARDSON: Also mischaracterizes the
3   testimony that was just given.
4      MS. FLOTTE: You can answer.
5   BY MS. NEMETH:
6      Q. Let me rephrase it.
7         Was it because they were black?
8      MR. MULHERIN: Foundation.
9      MR. RICHARDSON: Objection. Foundation.
10  BY MS. NEMETH:
11     Q. Go ahead.
12     A. I'm not sure. I can't speak for him.
13     Q. But that comment, "Get those effing black
14  guys out of here" upset you; right?
15     MR. MULHERIN: Objection. Foundation.
16     THE WITNESS: Yes.
17  BY MS. NEMETH:
18     Q. Was there -- were there any other
19  incidents while you were an on-site at Vee Pak
20  that -- strike that.
21        Were there any other incidents at Vee Pak
22  that upset you in terms of someone at Vee Pak's
23  response to someone's race?
24     MR. MULHERIN: Objection. Foundation. Form.