IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN LUCAS, JOE EAGLE, MICHAEL KEYS, ANTWOIN HUNT, and JAMES ZOLLICOFFER, on behalf of themselves and similarly situated job laborers,<br><br>Plaintiffs,<br><br>v.<br><br>VEE PAK, INC., STAFFING NETWORK HOLDINGS, LLC, PERSONNEL STAFFING GROUP, LLC d/b/a MOST VALUABLE PERSONNEL and ALTERNATIVE STAFFING, INC. d/b/a ASI,<br><br>Defendants. | Case No. 12-cv-9672<br>Judge John J Tharp Jr<br>Magistrate Judge Martin |

## **MOTION FOR WITHDRAWAL OF ONE ATTORNEY**

Defendant, Vee Pak, Inc. ("Defendant"), by its attorneys, states as follows:

Defendant is presently represented in this matter on record by Donald S. Rothschild and Brian M. Dougherty and by Thomas G. Abram and Joseph K. Mulherin of Vedder Price P.C. ("Vedder Price").

Effective December 31, 2018, attorney Thomas G. Abram will retire from Vedder Price and will not continue representation of Defendant after his retirement. Defendant and Mr. Abram wish to withdraw his appearance in this matter.

Joseph K. Mulherin will continue Vedder Price's representation of Defendant.

No party will be adversely affected by this withdrawal.

WHEREFORE, Defendant, respectfully requests that this Court enter an Order withdrawing Thomas G. Abram as counsel for Defendant.

Respectfully submitted,

VEE PAK, INC.

By: /s/ Thomas G. Abram
 One of its Attorneys

Joseph K. Mulherin
Vedder Price
222 North LaSalle, Suite
Chicago, IL 60601
(312) 609-7500

Donald S. Rothschild & Brian M. Dougherty
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527
(630) 655-6000

CHICAGO/#3234090

## CERTIFICATE OF SERVICE

I, Thomas G. Abram, an attorney, certify that I served a copy of **Defendant's Motion for Withdrawal of One Attorney**, filed with the United States District Court, via CM/ECF, on all registered users, on this 20th day of December, 2018:

*For Plaintiffs*
Christopher Williams
Alvar Ayala
Workers' Law Office, P.C.
53 W. Jackson Blvd., Suite 701
Chicago, IL 60604

*For Plaintiffs*
Shaylyn Capri Cochran
Miriam Rose Nemeth
Joseph M. Sellers
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave., NW
Suite 500
Washington, DC 20005

*For Alternative Staffing, Inc.*
Kerryann Marie Haase
Katherine Lee Goyert
Brian P. Paul
Sara E. Flotte
Michael Best & Freidrich, LLP
444 W. Lake Street, Suite 3200
Chicago, IL 60606

*For Personnel Staffing Group, LLC and Staffing Network Holdings, LLC*
Carter A. Korey
Elliot S. Richardson
Ryan D. Gibson
Michele Denise Dougherty
Korey Richardson, LLC
20 S. Clark Street, Suite 500
Chicago, IL 60603

    /s/ Thomas G. Abram
Attorney for Defendant Vee Pak, Inc.

CHICAGO/#3234090