# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Brian Lucas, et al.

                       Plaintiff,

v.                                         Case No.: 1:12–cv–09672
                                                Honorable John J. Tharp Jr.

Vee–Pak, Inc.,, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 25, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiffs' motion to withdraw Miriam R. Nemeth as counsel [371] is granted. No appearance on the motion is required. Miriam R. Nemeth's appearance on behalf of plaintiffs is terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.