# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRIAN LUCAS, JOSEPH EAGLE, MICHAEL KEYS, ANTWOIN HUNT, and JAMES ZOLLICOFFER, on behalf of themselves and other similarly situated individuals, | |
| Plaintiffs, | Case No. 12 C 9672 |
| v. | Judge Tharp |
| VEE PAK, INC., PERSONNEL STAFFING GROUP d/b/a MVP, STAFFING NETWORK, and ALTERNATIVE STAFFING, INC., | Magistrate Judge Martin |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that HARINI SRINIVASAN of Cohen Milstein Sellers & Toll PLLC hereby appears on behalf of Plaintiffs in the above-captioned action.

Dated: August 23, 2019

Respectfully submitted,

*/s/ Harini Srinivasan*
Joseph M. Sellers
Shaylyn Cochran
Harini Srinivasan
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W. Suite 500
Washington, D.C. 20005
(202) 408-4600

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August 2019, I served Plaintiffs' "Notice of Appearance" on all parties via CM/ECF delivery.

/s/ *Harini Srinivasan*
Harini Srinivasan