IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN LUCAS, JOE EAGLE, MICHAEL KEYS, ANTWOIN HUNT and JAMES ZOLLICOFFER on behalf of themselves and similarly situated laborers,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>VEE PAK, INC., STAFFING NETWORK HOLDINGS LLC, PERSONNEL STAFFING GROUP, LLC d/b/a MOST VALUABLE PERSONNEL d/b/a MVP and ALTERNATIVE STAFFING, INC. d/b/a ASI,<br><br>　　　　　　Defendants. | Case No. 12 C 9672<br><br>Judge Tharp |

## ORDER

This matter coming before the Court on Plaintiffs' Motion To Enforce Subpoena On Third-Party Witness Adrianna Armendariz, the Court orders as follows:

1. Plaintiffs' motion is granted.

2. The Court finds that on June 8, 2020, Plaintiffs properly served Adrianna Armendariz with a deposition subpoena requiring her to appear for a deposition on July 2, 2020 at 9:30 am. The Court further finds that Ms. Armendariz did not appear for the deposition as required.

3. Rule 45 of the Federal Rules of Civil Procedure empowers the Court to enforce subpoenas served on witnesses who have information relevant to pending matters.

4. The Court orders Adrianna Armendariz to appear at Lexitas, 180 N. LaSalle St., Suite 2800, Chicago, IL 60601 on **July 23, 2020 at 9:30 a.m.**, or an alternative agreed date on or

before July 31, 2020, to sit for her deposition. All participants will appear for the deposition remotely.

     5.     If Adrianna Armendariz does not appear for her deposition without good cause, the Court will issue a Rule to Show Cause why Ms. Armendariz should not be held in contempt of court.

     6.     Plaintiffs are instructed to serve Ms. Armendariz with this order by certified mail and via process server.

ENTERED:

Date: July 7, 2020

John J. Tharp, Jr.
United States District Judge