IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN LUCAS, JOE EAGLE, MICHAEL KEYS, ANTWOIN HUNT and JAMES ZOLLICOFFER on behalf of themselves and similarly situated laborers,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>VEE PAK, INC., STAFFING NETWORK HOLDINGS LLC, PERSONNEL STAFFING GROUP, LLC d/b/a MOST VALUABLE PERSONNEL d/b/a MVP and ALTERNATIVE STAFFING, INC. d/b/a ASI,<br><br>　　　　　　　Defendants. | Case No. 12 C 9672<br><br>Judge John J. Tharp, Jr. |

## **ORDER**

This matter coming before the Court on Plaintiffs' Petition for Rule to Show Cause Why Third-Party Witness Judy Cruz Avalos Should Not Be Held in Contempt, Third-Party Witness Judy Cruz Avalos having appeared, the Court orders as follows:

1.　Third-Party Witness Judy Cruz Avalos is ordered to appear for a video deposition on September 4, 2020 at 10:00 a.m. at the location or video link provided to her by Plaintiffs' counsel at the same electronic mail address that notice of this hearing was sent and by regular U.S. Mail to 1336 S. 59th Ave. 2d Floor, Cicero, Illinois 60804.

2.　Failure of Third-Party Witness Judy Cruz Avalos to appear at the deposition may result in her being held in contempt of Court and may result in sanctions.

3. Plaintiffs' counsel shall provide a copy of this Order to Third-Party Witness Judy Cruz Avalos at the same electronic mail address that notice of this hearing was sent and by regular U.S. Mail to 1336 S. 59th Ave. 2d Floor, Cicero, Illinois 60804.

ENTERED:

_____  
John J. Tharp, Jr.  
United States District Judge

8/17/2020  
Date