IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN LUCAS, JOE EAGLE, MICHAEL KEYS, ANTWOIN HUNT and JAMES ZOLLICOFFER on behalf of themselves and similarly situated laborers,<br><br>Plaintiffs,<br><br>v.<br><br>VEE PAK, INC., STAFFING NETWORK HOLDINGS LLC, PERSONNEL STAFFING GROUP, LLC d/b/a MOST VALUABLE PERSONNEL d/b/a MVP and ALTERNATIVE STAFFING, INC. d/b/a ASI,<br><br>Defendants. | Case No. 12 C 9672<br><br>Judge Tharp |

## NOTICE OF FILING

To: Attorneys of Record

You are hereby notified that on the 26th of August, 2020, we caused the **Parties' Agreed Motion for an Extension of Discovery Deadlines until October 2, 2020** to be filed via the Court's electronic filing system. The Agreed Motion is not noticed for presentment on a specific date in accordance with the Fourth Amended Order 20-12 and pursuant to Judge Tharp's Standing Order.

Dated: August 26, 2020

Respectfully submitted,

*/s/ Christopher J. Williams*
Christopher J. Williams
National Legal Advocacy Network
53 W. Jackson, Blvd., Suite 1224
Chicago, IL 60604
(312) 795-9121

One of Plaintiffs' Counsel