IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOE EAGLE, MICHAEL KEYS, JAMES ZOLLICOFFER and EVAN FRANKLIN, on behalf of themselves and similarly situated laborers,<br><br>Plaintiffs,<br><br>v.<br><br>VEE PAK, INC., VEE PAK, LLC d/b/a VOYANT BEAUTY, STAFFING NETWORK HOLDINGS LLC and PERSONNEL STAFFING GROUP, LLC d/b/a MOST VALUABLE PERSONNEL d/b/a MVP,<br><br>Defendants. | Case No. 12 C 9672<br><br>Judge Tharp |

**STAFFING NETWORK HOLDINGS, LLC'S MOTION TO JOIN DEFENDANTS VEE PAK, INC. AND VEE PAK, LLC'S SUR-REPLY IN RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

NOW COMES the Defendant, Staffing Network Holdings, LLC ("Staffing Network"), by and through its undersigned attorneys, and for its Motion to Join Defendants Vee Pak, Inc. and Vee Pak, LLC's Sur-Reply in Response to Plaintiffs' Motion for Class Certification (Dkt. 599), states as follows:

1. In all substantive ways, Defendants' Sur-Reply applies in equal force to Defendant Staffing Network and, as such, the Court should allow Staffing Network to join Defendants' Sur-Reply.

2. In joining Defendants Vee Pak, Inc. and Vee Pak, LLC's Sur-Reply, Staffing Network hereby incorporates Defendants Vee Pak, Inc. and Vee Pak, LLC's arguments and supporting case law.

1

3. For the reasons contained in Defendants Vee Pak, Inc. and Vee Pak, LLC's Sur-Reply and those contained in Defendant Staffing Network's Response in Opposition to Plaintiffs' Motion for Class Certification, Plaintiffs' Motion for Class Certification must be denied.

WHEREFORE, Defendant Staffing Network Holdings, LLC respectfully requests the entry of an order allowing it to join Defendant Vee Pak, Inc. and Vee Pak, LLC's Sur-Reply in Response to Plaintiffs' Motion for Class Certification (Dkt. 599), and for such other and further relief as this Court deems just.

Dated: April 1, 2022

Respectfully submitted,

/s/Michele D. Dougherty
Elliot S. Richardson
erichardson@koreyrichardsonlaw.com
Michele D. Dougherty
mdougherty@koreyrichardsonlaw.com
Korey Richardson LLP
120 W. Madison Street, Suite 120
Chicago, Illinois 60602
(312) 372-7075

*Attorneys for Defendant Staffing Network Holdings, LLC*

## CERTIFICATE OF SERVICE

I, Michele D. Dougherty, an attorney, hereby certify that on April 1, 2022, I caused to be served a copy of the foregoing **Defendant Staffing Network Holdings, LLC's Motion to Join Defendants Vee Pak, Inc. and Vee Pak, LLC's Sur-Reply in Response to Plaintiffs' Motion for Class Certification** in the above-captioned matter to be filed with the Clerk of the District Court and served on the parties of record by operation of the Court's CM/ECF electronic filing system.

/s/ *Michele D. Dougherty*
Michele D. Dougherty