**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOE EAGLE, MICHAEL KEYS, JAMES ZOLLICOFFER, and EVAN FRANKLIN, on behalf of themselves and similarly situated laborers,<br><br>Plaintiffs,<br><br>v.<br><br>VEE PAK, INC., VEE PAK, LLC d/b/a VOYANT BEAUTY, STAFFING NETWORK HOLDINGS, LLC and PERSONNEL STAFFING GROUP, LLC d/b/a MVP,<br><br>Defendants. | Case No. 12 C 9672<br><br>Judge Tharp |

**PLAINTIFF'S UNOPPOSED MOTION TO CORRECT MEMORANDUM OPINION AND ORDER**

1.      Plaintiffs Eagle, Keys, Zollicoffer, and Franklin ("Plaintiffs"), by their attorneys, respectfully request that this Court correct a typographical error in the Court's Memorandum Opinion and Order ("Order") granting Plaintiffs' motion for class certification and denying Defendants' motions to strike Dr. Bendick's declaration and testimony.  Dkt. No. 640.

2.      The second paragraph on page 44 of the Order states: "Plaintiffs' argument, moreover, ignores Seventh Circuit precedent."  Given the context of the remainder of the paragraph and this section of the Order, in which the Court finds that Plaintiffs have satisfied the predominance inquiry, the first sentence of this paragraph should state: "Defendants' argument, moreover, ignores Seventh Circuit precedent."

3.      Plaintiffs respectfully request that the Order be corrected to eliminate the possibility of confusion on the Court's findings with respect to predominance.

4.      Defendants Vee Pak and Staffing Network do not oppose this motion.

WHEREFORE, Plaintiffs respectfully request that this Court correct its Order.

February 22, 2023                    Respectfully submitted,

                                     */s/ Harini Srinivasan*
                                     JOSEPH M. SELLERS
                                     HARINI SRINIVASAN
                                     Cohen Milstein Sellers & Toll PLLC
                                     1100 New York Avenue, N.W. Suite 500
                                     Washington, D.C.  20005
                                     (202) 408-4600


                                     CHRISTROPHER J. WILLIAMS
                                     National Legal Advocacy Network
                                     1 N LaSalle St., Suite 1275
                                     Chicago, Illinois 60602
                                     (312) 795-9121


                                     CHRISTOPHER J. WILMES
                                     CARYN C. LEDERER
                                     Hughes Socol Piers Resnick & Dym Ltd.
                                     70 W. Madison St., Suite 4000
                                     Chicago, Illinois 60602
                                     (312) 580-0100

                                     *Attorneys for Plaintiffs and the Class*

2

## CERTIFICATE OF SERVICE

I certify that on February 22, 2023, I caused Plaintiffs' Unopposed Motion to Amend Memorandum Opinion and Order to be served through the Court's CM/ECF system.


Michele Dougherty
Elliot Richardson
Korey Richardson, LLC
120 W. Madison St., Suite 520
Chicago, IL 60602
(312) 372-7075
mdougherty@koreyrichardsonlaw.com
erichardson@koreyrichardsonlaw.com

*Counsel for Staffing Network Holdings, LLC d/b/a Staffing Network*

Donald S. Rothschild
Brian M. Dougherty
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive, 2nd Floor
Burr Ridge, IL 60527
DSR@gsrnh.com
BMD@gsrnh.com


Joseph Mulherin
McDermott Will & Emery, LLP
444 W. Lake Street, Suite 4000
Chicago, IL 60606
Jmulherin@mwe.com

*Counsel for Vee Pak, Inc. and Vee Pak, LLC*


/s/ *Harini Srinivasan*
Harini Srinivasan