# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 24, 2023

Before
FRANK H. EASTERBROOK, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

| No. 23-8005 | IN RE: <br> VEE PAK, INC., et al., <br> Petitioners |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cv-09672 <br> Northern District of Illinois, Eastern Division <br> District Judge John J. Tharp ||

The following are before the court:

1. **RULE 23(F) PETITION FOR PERMISSION TO APPEAL**, filed on March 7, 2023, by counsel for the petitioners.

2. **PLAINTIFFS-RESPONDENTS OPPOSITION TO DEFENDANTS-PETITIONERS PETITION PURSUANT TO FED. R. CIV. P. 23(F) FOR PERMISSION TO APPEAL ORDER GRANTING CLASS ACTION CERTIFICATION**, filed on March 21, 2023, by counsel for the respondents.

**IT IS ORDERED** that the petition for permission to appeal is **DENIED**.

form name: **c7_Order_3J**    (form ID: **177**)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit