IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOE EAGLE, MICHAEL KEYS, JAMES ZOLLICOFFER, and EVAN FRANKLIN, on behalf of themselves and similarly situated laborers,<br><br>Plaintiffs,<br><br>v.<br><br>VEE PAK, INC., VEE PAK, LLC d/b/a VOYANT BEAUTY and STAFFING NETWORK HOLDINGS LLC,<br><br>Defendants. | Case No. 12 CV 9672<br><br>Judge John J. Tharp Jr. |

**PRELIMINARY APPROVAL ORDER OF SETTLEMENT
WITH VEE PAK AND STAFFING NETWORK**

Joe Eagle, Michael Keys, James Zollicoffer and Evan Franklin ("Named Plaintiffs" or "Class Representatives") and Vee Pak, Inc., Vee Pak, LLC (collectively "Vee Pak") and Staffing Network Holdings, LLC ("Staffing Network") ("Defendants") (collectively, the "Parties"), having reached a settlement in this matter on a class-wide basis, the Court having reviewed the Class Action Settlement Agreement entitled "Class Action Settlement Agreement and Release with Vee Pak, Inc., Vee Pak, LLC and Staffing Network Holdings, LLC" (hereafter "Class Action Settlement"), the record in this Litigation, and Plaintiffs' "Motion for Preliminary Approval of the Class Action Settlement Agreement and Release with Vee Pak, Inc., Vee Pak, LLC and Staffing Network Holdings, LLC" and supporting Memorandum of Law (ECF Nos. 669 and 670), unopposed by Defendants,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Court hereby preliminarily approves the Class Action Settlement as being fair, reasonable and adequate. The Class Action Settlement is the result of arm's-length negotiations

1

between experienced attorneys who are familiar with class action litigation in general and with the legal and factual issues of this case in particular.

2. The Court appoints Atticus Administration, LLC as the Claims Administrator. The Claims Administrator shall comply with all of the duties and requirements set forth in the Settlement Agreement and applicable federal, state, and local law.

3. The Court approves, as to form and content, the proposed Notice of the Class Action Settlement and Claim Forms attached to the Settlement Agreement as Exhibits A, B, C and E, respectively. The Court finds that the procedures for notifying the Class about the Settlement as described in the Settlement Agreement provide the best notice practicable under the circumstances and therefore meet the requirements of due process.

4. A Fairness Hearing for purposes of determining whether the Settlement Agreement should be finally approved, shall be held before this Court on Friday, April 19, 2024, at 2:00 p.m., in Courtroom 2303 of the Everett McKinley Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois, and may be continued from time to time without further notice.

5. The Court reserves exclusive and continuing jurisdiction over this Litigation, the Class Representatives, the Class and the Defendants for the purposes of: (1) supervising the implementation, enforcement, construction, and interpretation of this Order and the Class Action Settlement Agreement upon the entry of a Final Order by this Court granting final approval of the Class Action Settlement Agreement and dismissing this Litigation with prejudice, or in the event of an appeal of such Final Order, the final resolution of the appeal upholding the Final Order; (2) hearing and determining any application by Class Counsel for an award of attorneys' fees and costs; (3) supervising the distribution of the Class Settlement Fund; and (4) resolving any disputes or issues that may arise in connection with this Litigation or the Settlement of this Litigation.

6. The Court also approves the modification of the ASI[1] and PSG[2] Settlement Agreements to allow for the funds held in trust from those agreements to be distributed on a *pro rata* basis to Class Members who return claim forms. These funds will be administered and distributed by Atticus Administration, LLC in a consolidated claims process along with the funds from the Class Action Settlement Agreement and Release with Vee Pak, Inc., Vee Pak, LLC and Staffing Network Holdings, LLC.

IT IS SO ORDERED.

Entered: December 19, 2023

John J. Tharp, Jr.
United States District Judge

---

[1] ECF No. 355-1 at ¶ 57(b)(i).
[2] ECF No. 654-1 at ¶ VI.A.3.a.a.i.